# EXHIBIT 3



**FOR IMMEDIATE RELEASE**                Contacts:
                                          Investors: Michael Weitz 203-352-8642
                                                     Laura Kiernan 203-328-2519
                                          Media:     Tara Carraro 203-352-8625

# WWE® Reports Strong Fourth-Quarter 2015 Results
# Achieving Record Revenue for the Full Year

### Fourth-Quarter 2015 Highlights

- Revenue increased 18% to $166.2 million driving a $6.0 million increase in Adjusted OIBDA[1] to $11.1 million

- *WWE Network* had 1.22 million ending paid subscribers, representing a 49% increase from the fourth quarter 2014; *WWE Network* hit an all-time high of 1.24 million average paid subscribers for the quarter

- *WWE Network* was recognized as the fifth largest direct-to-consumer ("OTT") subscription service in the U.S. according to Parks Associates, ranking alongside Netflix, Amazon Video, Hulu and MLB.TV

- WWE was added to the S&P SmallCap 600 Index (effective January 20, 2016)

### Full Year 2015 Highlights

- Revenue increased 21% to $658.8 million, the highest in the Company's history, including record levels of revenue from WWE's Network, Television, Live event, Venue Merchandise, and WWE Shop businesses

- Total international revenue increased by 46% to a record $169.8 million

- Adjusted OIBDA[1] reached $68.7 million, representing an $80.3 million increase from 2014

- Network segment generated revenue of $159.4 million and OIBDA[1] of $48.4 million that nearly doubled the average annual revenue of the Company's pay-per-view business before network launch

- *WWE Network* subscribers watched an estimated total of 256 million hours of content, representing an average of 188 hours per household placing it among the top cable and broadcast networks

- WWE content garnered more than 8 billion views on YouTube; WWE was the most followed sports channel on YouTube and the second most followed sports brand on Facebook

- WWE generated 790 million social media fan engagements in 2015[2]; Sprinklr's Social Business Index ranked WWE as the 6th most social brand worldwide, alongside Disney, Time Warner and Google

---

[1] Reconciliation of Operating Income to Adjusted OIBDA can be found in the Supplemental Information in this release.

[2] Social media fan engagements are defined as the cumulative fan response to WWE content measured by the number of "likes", "follows", "shares", "mentions", and "retweets" across social media platforms such as Facebook, Twitter, YouTube, Instagram and Tumblr.