# EXHIBIT 9



**FOR IMMEDIATE RELEASE**

Contacts:
Investors: Michael Weitz 203-352-8642
Laura Kiernan 203-328-2519
Media:    Matt Altman 203-352-1177

# WWE® Reports Strong First-Quarter 2016 Results

### First Quarter 2016 Highlights



- Revenue increased 13% on a pro-forma basis to $171.1 from $151.3 million in the prior year quarter, excluding the timing impact of *WrestleMania* (which occurred in Q2 2016 vs. Q1 2015)
- OIBDA increased 31% to $27.6 million from the prior year quarter (29% on a pro-forma basis)
- *WWE Network* averaged 1.29 million paid subscribers over the first quarter 2016, which represented a 39% increase from the first quarter 2015, and reached 1.47 million total subscribers at quarter-end
- WWE's YouTube channel reached 11 million subscribers and achieved Diamond Play Button status joining Taylor Swift and Justin Bieber; WWE content garnered 10 billion YouTube views over the last 12 months
- Announced new series spin-off, *Total Bellas*, to debut on E! in Fall 2016 along with the sixth season of *Total Divas*. Continued to develop exciting new content for *WWE Network*, including *Camp WWE* (May), *Swerved Season 2* (June) and *Holy Foley!* (August)

### Selected *WrestleMania* Highlights

- *WrestleMania* (April 3, 2016) achieved record breaking attendance, ticket sales, viewership, and social media activity
- *WrestleMania* broke WWE's attendance record, attracting 101,763 fans at AT&T Stadium
- *WWE Network* reached a record 1.82 million total subscribers following *WrestleMania* (as of April 4)
- During *WrestleMania Week*, *WWE Network* featured 19 hours of prime-time, premier programming and subscribers watched nearly 22 million hours of content, averaging 12 hours per subscriber
- *WrestleMania* generated more than 2.5 million mentions on Twitter in one day and over 250 million video views across WWE digital and social platforms during *WrestleMania Week*

**STAMFORD, Conn., May 10, 2016** - WWE (NYSE:WWE) today announced financial results for its first quarter 2016. For the quarter, the Company reported Net income of $13.9 million, or $0.18 per share, as compared to Net income of $9.8 million, or $0.13 per share, in the prior year quarter.

"Our strong performance in the first quarter reflected the successful execution of our content strategy," said WWE Chairman & CEO Vince McMahon. "The sustained year-over-year growth of *WWE Network*, the global consumption of our video content across all platforms, and the recent record breaking attraction of *WrestleMania* demonstrate the increasing strength of our brands. We believe we can continue to leverage these strengths to drive long-term growth."