# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## STANDING ORDER RELATING TO DISCOVERY

Any discovery dispute must first be the subject of a one (1) page letter, briefly identifying the dispute. If the dispute involves written discovery requests, a copy of only the requests and response in dispute must be attached to the letter.

If the court fails within seven (7) days of receipt of the letter in Chambers to docket a calendar scheduling a conference on the dispute, the party sending the letter should file a Motion to Compel. The time period in Local Rule 7 does not apply to such a Motion. The party(ies) opposing such a Motion to Compel must file any opposition within fourteen (14) days of the filing of the Motion to Compel. There will be no reply.

**SO ORDERED.**

Dated at New Haven, Connecticut, this 10th day of July, 2015.

                                                /s/ Janet C. Hall
                                                Janet C. Hall, Chief Judge
                                                United States District Court