UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **Marcus Bagwell** and **Scott Levy**, | ) |
| individually and on behalf of all others | ) |
| similarly situated; | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) 3:16-cv-01350-JCH |
| | ) |
| **World Wrestling** | ) |
| **Entertainment, Inc.; WCW, Inc.**, | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| Defendants. | ) |

## MOTION TO AMEND COMPLAINT

Pursuant to Fed. R. Civ. P. 15 the Plaintiffs hereby move to amend the complaint as of right as submitted herewith.

WHEREFORE, Plaintiff respectfully requests this Court enter an order granting its Motion to Amend its Complaint.

Respectfully submitted,

Dated: September 7, 2016

THE PLAINTIFFS
By /s/ Brenden P. Leydon
Brenden P. Leydon, Esq.
TOOHER WOCL & LEYDON, L.L.C.
80 Fourth Street
Stamford, CT 06905
Phone: (203) 324-6164
Fax: (203) 324-1407
Email: BLeydon@tooherwocol.com
Federal Bar No.: CT16026

1

|  |  |
|---|---|
| Pro hac | _____ |
|  | KRISLOV & ASSOCIATES, LTD. |
|  | Clinton A. Krislov (clint@krislovlaw.com) |
|  | Matthew T. Peterson (matthew@krislovlaw.com) |
|  | 20 N. Wacker Dr. |
|  | Suite 1300 |
|  | Chicago, Illinois   60606 |
|  | Tel.:  (312) 606-0500 |
|  | Fax.: (312) 606-0207 |

*Counsel for Plaintiffs*

## CERTIFICATION OF SERVICE

     I hereby certify that on September 7, 2016, a copy of the foregoing Motion to Amend Complaint was filed electronically and served by mail on another unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                  */s/ Brenden P. Leydon*_____
                                  Brenden P. Leydon, Esq.