# EXHIBIT 1

Exhibit 21.1

## SUBSIDIARIES OF WORLD WRESTLING ENTERTAINMENT, INC.
(All subsidiaries are wholly-owned, directly or indirectly, except where indicated)

TSI Realty Company (a Delaware corporation)

Event Services, Inc. (a Delaware corporation)
- WM Labor MGT, Inc. (a Delaware corporation)
- Event Services (Nola), LLC (a Louisiana corporation)

WWE Jet Services, Inc. (a Delaware corporation)

WWE Network, LLC (a Delaware limited liability company)

WWE Studios, Inc. (a Delaware corporation)
- Studios Originals, Inc. (a Delaware corporation)
- WWE Studios Finance Holding Corp. (a Delaware corporation)
    - WWE Studios Finance Corp. (a Delaware corporation)
        - Erebus Pictures, LLC (a Delaware limited liability company) (50 percent owned)
            - Covert Films, LLC (a Delaware limited liability company)
        - Good and Bad Cop, LLC (a Louisiana limited liability company)
- WWE Films Development, Inc. (a Delaware corporation)
    - WWE Studios Production, Inc. (a Delaware corporation)
    - WWE TE Productions, Inc. (a Delaware corporation)
    - WWE LH Productions, Inc. (a Delaware corporation)
    - Marine Productions Australia Pty Limited (an Australia corporation)
    - Marine 3, LLC (a Louisiana limited liability company)
    - Marine: Homefront, Inc. (a Delaware corporation)
    - Twelve RR, Inc. (a Delaware corporation)
    - Six Forty Two Films, Inc. (a Delaware corporation)
    - One More Time Films, Inc. (a Delaware corporation)
    - Mind's Eye Films, Inc. (a Delaware corporation)
    - Incarnate Investments, Inc. (a Delaware corporation)
    - Fourth Marine Films, Inc. (a Delaware corporation)
        - Marine 4 Films, Inc. (a British Columbia company)
    - Triangle Films, Inc. (a Delaware corporation)
    - Action Six Pack #1, Inc. (a Delaware corporation)
        - Vendetta Pictures, Inc. (a British Columbia company)
    - Asp #2, Inc. (a Delaware corporation)
        - Lockdown Films, Inc. (a British Columbia company)
    - The Condemned 2, Inc. (a Delaware corporation)
    - Interrogation Films, Inc. (a British Columbia company)

February 12, 2016

Source: WORLD WRESTLING ENTERTAINMENTINC, 10-K, February 12, 2016    Powered by Morningstar® Document Research℠
The information contained herein may not be copied, adapted or distributed and is not warranted to be accurate, complete or timely. The user assumes all risks for any damages or losses arising from any use of this information,
except to the extent such damages or losses cannot be limited or excluded by applicable law. Past financial performance is no guarantee of future results.

Source: WORLD WRESTLING ENTERTAINMENT INC, 10-K, February 12, 2016

- SLH Films, Inc. (a Delaware corporation)
- BB Films, Inc. (a Delaware corporation)
- House Pictures, Inc. (a Delaware corporation)
- Temple Films, Ltd. (a British Columbia company)
- Railway Films, Inc. (a British Columbia company)
- Ticking Films, Inc. (a British Columbia company)

WWE Properties International, Inc. (a Delaware corporation)

- XFL, LLC (50 percent owned)

WWE Japan LLC (a Japanese limited liability company)

WWE Australia Pty Limited (an Australia limited liability company)

World Wrestling Entertainment (International) Limited (a UK corporation)

World Wrestling Entertainment Canada, Inc. (a Canadian corporation)

WWE Asia Pacific Pte, Ltd. (a Singapore corporation)

WWE Germany GmbH (a German corporation)

February 12, 2016

The information contained herein may not be copied, adapted or distributed and is not warranted to be accurate, complete or timely. The user assumes all risks for any damages or losses arising from any use of this information, except to the extent such damages or losses cannot be limited or excluded by applicable law. Past financial performance is no guarantee of future results.

Powered by Morningstar® Document Research℠