# EXHIBIT 2

Exhibit 21.1

## WWE SUBSIDIARIES

(All subsidiaries are wholly-owned, directly or indirectly)

TSI Realty Company (a Delaware corporation)

Stephanie Music Publishing, Inc. (a Connecticut corporation)

The World Entertainment, LLC (a Delaware limited liability company)*

WWE Sports, Inc. (a Delaware corporation)*

Event Services, Inc. (a Delaware corporation)

WWE Studios, Inc. (a Delaware corporation)

- WWE Films Development, Inc. (a Delaware corporation)

    - Eye Scream Productions (a California corporation)

        - Eye Scream Man Productions Australia Pty Limited (an Australia corporation)

    - Marine Productions (a California corporation)

        - Marine Productions Australia Pty Limited (an Australia corporation)

    - Marine 2 Productions, Inc. (a California corporation)

    - Condemned Productions, Inc. (a California corporation)

        - Condemned Productions Australia Pty Ltd (an Australia corporation)

    - WWE Films Development Funding (LA), LLC (a Louisiana limited liability company)

        - WWE Films Production (LA), LLC (a Louisiana limited liability company)

        - WWE Nola, LLC (a Louisiana limited liability company)

    - Barricade Productions Inc. (a British Columbia corporation)

WWE Animation, Inc. (a Delaware corporation)

- WWE Animation Development, Inc. (a Delaware corporation)

WWE Libraries, Inc. (a Delaware corporation)

WCW, Inc. (a Delaware corporation)

WWE Properties International, Inc. (a Delaware corporation)

- WWE Japan LLC (a Japanese limited liability company)

- WWE Australia Pty Limited (an Australia limited liability company)

World Wrestling Entertainment (International) Limited (a UK corporation)

World Wrestling Entertainment Canada, Inc. (a Canadian corporation)

---

*Not in operation



March 7, 2011

Source: WORLD WRESTLING ENTERTAINMENT, INC., 10-K, March 07, 2011
The information contained herein may not be copied, adapted or distributed and is not warranted to be accurate, complete or timely. The user assumes all risks for any damages or losses arising from any use of this information, except to the extent such damages or losses cannot be limited or excluded by applicable law. Past financial performance is no guarantee of future results.