# EXHIBIT 8

Account # ███



June 20, 2016

SCOTT LEVY


Dear SCOTT LEVY,

Enclosed is your royalty earnings statement for the Second Quarter - 2016. Your earnings are summarized below:

### SUMMARY OF ROYALTY EARNINGS

#### ROYALTY EARNED CURRENT QUARTER

| | |
|---|---:|
| Direct | $4.07 |
| Other Licensing | $19.79 |
| Video | $106.97 |
| **TOTAL EARNINGS** | **$130.83** |
| **NET ROYALTIES PAID** | **$130.83** |

#### COMMENTS

If you receive guaranteed weekly pay, your royalty payment will be applied to your guarantee for this week. Otherwise, please find enclosed a check or direct deposit notification.

If you have any questions, please contact me at 203-352-8682.

Sincerely,

*Tom Bergamasco*

Tom Bergamasco
Director of Talent Participations

Enclosure

Print Date: 6/20/2016  TALENT NAME: RAVEN  2016 Q2
Page: 1 of 2
Account: ▓▓▓▓

| Item Code | Item Description | Activity Date | Venue | WWE Earned Royalties | Royalty Rate (%) | Talent Royalty Earned |
|---|---|---|---|---:|---:|---:|
| *Direct* | | | | | | |
| **WWE SHOP** | | | | | | |
| WWE94917 | THE TRUE STORY OF WM DV | 2016 Q1 | 2016 Q1 | 348.41 | 0.02841 | 0.10 |
| WWE95176 | HISTORY OF WWE:50 YEARS | 2016 Q1 | 2016 Q1 | 56.09 | 0.01718 | 0.01 |
| WWE95177 | HISTORY OF WWE:50 YEARS | 2016 Q1 | 2016 Q1 | 85.00 | 0.01718 | 0.01 |
| WWE95331 | LADIES AND GENTLEMAN, MY | 2016 Q1 | 2016 Q1 | 331.39 | 0.05747 | 0.19 |
| WWE95332 | LADIES AND GENTLEMAN, MY | 2016 Q1 | 2016 Q1 | 212.02 | 0.05747 | 0.12 |
| WWE95409 | IT'S GOOD TO BE THE KING: T | 2016 Q1 | 2016 Q1 | 895.89 | 0.10000 | 0.90 |
| WWE95410 | IT'S GOOD TO BE THE KING: T | 2016 Q1 | 2016 Q1 | 443.77 | 0.10000 | 0.44 |
| WWE95423 | MONDAY NIGHT VOL.2 : "KNO | 2016 Q1 | 2016 Q1 | 523.38 | 0.02336 | 0.12 |
| WWE95431 | OWEN: HART OF GOLD DVD | 2016 Q1 | 2016 Q1 | 3,147.22 | 0.04274 | 1.35 |
| WWE95432 | OWEN: HART OF GOLD BLU R | 2016 Q1 | 2016 Q1 | 1,945.94 | 0.04274 | 0.83 |
| TOTAL : WWE SHOP | | | | 7,989.11 | | $4.07 |
| **TOTAL : Direct** | | | | **7,989.11** | | **$4.07** |
| *OtherLicensing* | | | | | | |
| **TUNECORE** | | | | | | |
| 012359 | RAVEN | 2015 Q4 | 2015 Q4 | 73.39 | 25.00000 | 18.35 |
| ITMUSICVOL5 | THE MUSIC VOL 5 | 2015 Q4 | 2015 Q4 | 86.56 | 1.66667 | 1.44 |
| TOTAL : TUNECORE | | | | 159.95 | | $19.79 |
| **TOTAL : OtherLicensing** | | | | **159.95** | | **$19.79** |
| *Video* | | | | | | |
| **ENTERTAINMENT ONE FILMS CANADA INC.** | | | | | | |
| KOC-DV-9068 | RAW 10TH ANNIVERSARY DV | 2016 Q1 | 2016 Q1 | 5.55 | 0.13661 | 0.01 |
| WWEBD95424 | MONDAY NIGHT VOL.2 : "KNO | 2015 Q4 | 2015 Q4 | 11.95 | 0.11682 | 0.01 |
| WWEBD95424 | MONDAY NIGHT VOL.2 : "KNO | 2016 Q1 | 2016 Q1 | 6.13 | 0.11682 | 0.01 |
| TOTAL : WWEBD95424 | | | | 18.08 | | $0.02 |
| WWEBD95432 | OWEN: HART OF GOLD BR | 2015 Q4 | 2015 Q4 | 2,471.06 | 0.21368 | 5.28 |
| WWEDV94950 | STONE COLD STEVE AUSTIN | 2015 Q4 | 2015 Q4 | 26.37 | 0.22936 | 0.06 |
| WWEDV94950 | STONE COLD STEVE AUSTIN | 2016 Q1 | 2016 Q1 | 37.18 | 0.22936 | 0.09 |
| TOTAL : WWEDV94950 | | | | 63.55 | | $0.15 |
| WWEDV95083 | TOP 100 MOMENTS IN RAW HI | 2015 Q4 | 2015 Q4 | 13.40 | 0.12626 | 0.02 |
| WWEDV95083 | TOP 100 MOMENTS IN RAW HI | 2016 Q1 | 2016 Q1 | 14.67 | 0.12626 | 0.02 |
| TOTAL : WWEDV95083 | | | | 28.07 | | $0.04 |
| WWEDV95331 | LADIES & GENTLEMAN, MY NA | 2015 Q4 | 2015 Q4 | 225.05 | 0.28736 | 0.65 |
| WWEDV95331 | LADIES & GENTLEMAN, MY NA | 2016 Q1 | 2016 Q1 | 7.91 | 0.28736 | 0.02 |
| TOTAL : WWEDV95331 | | | | 232.96 | | $0.67 |
| WWEDV95431 | OWEN: HART OF GOLD DVD | 2015 Q4 | 2015 Q4 | 9,715.30 | 0.21368 | 20.76 |
| TOTAL : ENTERTAINMENT ONE FILMS CANADA INC. | | | | 12,534.57 | | $26.93 |
| **FREMANTLEMEDIA LIMITED** | | | | | | |
| FHEBWWE051 | LADIES & GENTLEMAN, MY NA | 2015 Q4 | 2015 Q4 | 303.64 | 0.28736 | 0.87 |
| FHEBWWE051 | LADIES & GENTLEMAN, MY NA | 2016 Q1 | 2016 Q1 | 296.20 | 0.28736 | 0.85 |
| TOTAL : FHEBWWE051 | | | | 599.84 | | $1.72 |
| FHEBWWE086 | IT'S GOOD TO BE THE KING: T | 2015 Q4 | 2015 Q4 | 2,148.61 | 0.50000 | 10.74 |
| FHEBWWE086 | IT'S GOOD TO BE THE KING: T | 2016 Q1 | 2016 Q1 | 382.30 | 0.50000 | 1.91 |
| TOTAL : FHEBWWE086 | | | | 2,530.91 | | $12.65 |
| FHEBWWE119 | OWEN: HART OF GOLD BR | 2016 Q1 | 2016 Q1 | 6,599.71 | 0.21368 | 14.10 |
| FHEDWWE051 | LADIES & GENTLEMAN, MY NAME IS PAUL HEYMAN DVD | 2015 Q4 | 2015 Q4 | 373.34 | 0.28736 | 1.07 |

| Item Code | Item Description | Activity Date | Venue | WWE Earned Royalties | Royalty Rate (%) | Talent Royalty Earned |
|---|---|---|---|---|---|---|
| FHEDWWE051 | LADIES & GENTLEMAN, MY NA | 2016 Q1 | 2016 Q1 | 265.88 | 0.28736 | 0.76 |
| TOTAL : FHEDWWE051 | | | | 639.22 | | $1.83 |
| FHEDWWE085 | IT'S GOOD TO BE THE KING: T | 2016 Q1 | 2016 Q1 | 113.17 | 0.50000 | 0.57 |
| FHEDWWE118 | OWEN: HART OF GOLD DVD | 2016 Q1 | 2016 Q1 | 5,944.11 | 0.21368 | 12.70 |
| FHEDWWE534 | OMG! THE TOP 50 INCIDENTS | 2015 Q4 | 2015 Q4 | 118.75 | 0.13089 | 0.16 |
| FHEDWWE534 | OMG! THE TOP 50 INCIDENTS | 2016 Q1 | 2016 Q1 | 537.81 | 0.13089 | 0.70 |
| TOTAL : FHEDWWE534 | | | | 656.56 | | $0.86 |
| FHEDWWE535 | STONE COLD THE BOTTOM LI | 2015 Q4 | 2015 Q4 | 572.62 | 0.22936 | 1.31 |
| FHEDWWE535 | STONE COLD THE BOTTOM LI | 2016 Q1 | 2016 Q1 | 360.84 | 0.22936 | 0.83 |
| TOTAL : FHEDWWE535 | | | | 933.46 | | $2.14 |
| FHEDWWE549 | GREATEST SUPERSTARS OF | 2015 Q4 | 2015 Q4 | 16.56 | 0.13889 | 0.02 |
| FHEDWWE588 | THE TRUE STORY OF WM DV | 2015 Q4 | 2015 Q4 | 476.78 | 0.14205 | 0.68 |
| FHEDWWE590 | GREATEST STARS OF THE 90 | 2015 Q4 | 2015 Q4 | 830.69 | 0.15060 | 1.25 |
| FHEDWWE590 | GREATEST STARS OF THE 90 | 2016 Q1 | 2016 Q1 | 640.53 | 0.15060 | 0.96 |
| TOTAL : FHEDWWE590 | | | | 1,471.22 | | $2.21 |
| TOTAL : FREMANTLEMEDIA LIMITED | | | | 19,981.54 | | $49.48 |
| **HVDIRECT** | | | | | | |
| WWE56592 | MONDAY NIGHT WAR DVD | 2016 Q1 | 2016 Q1 | 17.58 | 0.08475 | 0.01 |
| WWE94656 | BEST OF RAW 15TH ANIV DVD | 2016 Q1 | 2016 Q1 | 175.88 | 0.02825 | 0.05 |
| WWE95083 | WWE THE TOP 100 MOMENTS | 2016 Q1 | 2016 Q1 | 2,052.62 | 0.02525 | 0.52 |
| WWE95177 | HISTORY OF WWE:50 YEARS | 2016 Q1 | 2016 Q1 | 46.83 | 0.01718 | 0.01 |
| WWE95251 | RAW 20TH ANNIVERSARY CO | 2016 Q1 | 2016 Q1 | 1,271.14 | 0.01355 | 0.17 |
| WWE95332 | LADIES AND GENTLEMAN, MY | 2016 Q1 | 2016 Q1 | 3,385.17 | 0.05747 | 1.95 |
| WWE95378 | WWE PRESENTS - TRUE GIAN | 2016 Q1 | 2016 Q1 | 2,833.18 | 0.03125 | 0.89 |
| WWE95431 | OWEN: HART OF GOLD DVD | 2016 Q1 | 2016 Q1 | 62,520.01 | 0.04274 | 26.72 |
| TOTAL : HVDIRECT | | | | 72,302.38 | | $30.32 |
| **HVDIRECT1** | | | | | | |
| WWE56592 | MONDAY NIGHT WAR DVD | | | 251.59 | 0.08475 | 0.21 |
| TOTAL : WWE56592 | | | | 251.59 | | $0.21 |
| WWF610 | WMANIA X 93 VIDEO | | | 1,179.23 | 0.00800 | 0.02 |
| TOTAL : WWF610 | | | | 1,179.23 | | $0.02 |
| TOTAL : HVDIRECT1 | | | | 1,430.82 | | $0.23 |
| **MADMAN ENTERTAINMENT PTY LTD** | | | | | | |
| MMWWE95423 | MONDAY NIGHT VOL.2 : "KNO | 2016 Q1 | 2016 Q1 | 9.26 | 0.11682 | 0.01 |
| TOTAL : MADMAN ENTERTAINMENT PTY LTD | | | | 9.26 | | $0.01 |
| **TOTAL : Video** | | | | 106,258.57 | | $106.97 |
| **TOTAL :RAVEN** | | | | 114,407.63 | | $130.83 |

**World Wrestling Entertainment, Inc.**

| INVOICE DATE MO DAY YEAR | DESCRIPTION | VENUE | NET AMOUNT |
|---|---|---|---|
|  | Royalties (See statement for details) |  | 130.83 |
| SUB TOTAL |  |  | 130.83 |
| GROSS AMOUNT |  |  | 130.83 |

| CHECK DATE | CHECK NUMBER |  | TOTALS | NET AMOUNT |
|---|---|---|---|---|
| 06/23/2016 | [redacted] | [redacted] |  | 130.83 |