# EXHIBIT 10

Account # 



March 24, 2016

MARCUS BAGWELL

Dear MARCUS BAGWELL,

Enclosed is your royalty earnings statement for the First Quarter - 2016. Your earnings are summarized below:

## SUMMARY OF ROYALTY EARNINGS

### ROYALTY EARNED CURRENT QUARTER

| | |
|---|---:|
| Direct | $1.38 |
| Other Licensing | $39.43 |
| **TOTAL EARNINGS** | **$40.81** |

### PREVIOUSLY UNPAID ROYALTIES EARNED

| | |
|---|---:|
| Direct | $1.55 |
| Other Licensing | $20.77 |
| Video | $1.27 |
| **TOTAL PREVIOUSLY UNPAID EARNINGS** | **$23.59** |
| **NET ROYALTIES PAID** | **$64.40** |

### COMMENTS

If you receive guaranteed weekly pay, your royalty payment will be applied to your guarantee for this week. Otherwise, please find enclosed a check or direct deposit notification.

If you have any questions, please contact me at 203-352-8682.

Sincerely,

*Tom Bergamasco*

Tom Bergamasco
Director of Talent Participations

Enclosure

Print Date: 3/24/2016　　　　　　TALENT NAME: BUFF BAGWELL　　　　　　2016 Q1
Page: 1 of 2
Account: ▓▓▓▓▓▓▓

| Item Code | Item Description | Activity Date | Venue | WWE Earned Royalties | Royalty Rate (%) | Talent Royalty Earned |
|---|---|---|---|---|---|---|
| **Direct** | | | | | | |
| *WWE AMAZON UK* | | | | | | |
| WWE220013 | WWE: THE ATTITUDE ERA BO | 2015 Q4 | 2015 Q4 | 441.40 | 0.03623 | 0.16 |
| | TOTAL : WWE AMAZON UK | | | 441.40 | | $0.16 |
| *WWE SHOP* | | | | | | |
| WWE220013 | WWE: THE ATTITUDE ERA BO | 2015 Q2 | 2015 Q2 | 2,761.32 | 0.03623 | 1.00 |
| WWE220013 | WWE: THE ATTITUDE ERA BO | 2015 Q3 | 2015 Q3 | 1,507.46 | 0.03623 | 0.55 |
| WWE220013 | WWE: THE ATTITUDE ERA BO | 2015 Q4 | 2015 Q4 | 3,360.45 | 0.03623 | 1.22 |
| *TOTAL : WWE220013* | | | | 7,629.23 | | $2.77 |
| | TOTAL : WWE SHOP | | | 7,629.23 | | $2.77 |
| **TOTAL : Direct** | | | | 8,070.63 | | $2.93 |
| **OtherLicensing** | | | | | | |
| *PENGUIN GROUP (DK/BRADY GAMES)* | | | | | | |
| 9781465431233 | DK THE ATTITUDE ERA | 2015 Q2 | 2015 Q2 | 21,922.18 | 0.17986 | 39.43 |
| | TOTAL : PENGUIN GROUP (DK/BRADY GAMES) | | | 21,922.18 | | $39.43 |
| **TOTAL : OtherLicensing** | | | | 21,922.18 | | $39.43 |
| **Video** | | | | | | |
| *CLEARVISION LTD* | | | | | | |
| SLVWTC065 | NWO BACK IN BLACK DVD | 2013 Q2 | 2013 Q2 | 632.38 | 0.44000 | 0.93 |
| WWE1039 | VENGENCE 2002 - DVD | 2012 Q3 | 2012 Q3 | 233.19 | 0.01724 | 0.04 |
| WWE1056 | BEST OF CONFIDENTIAL VOL | 2012 Q3 | 2012 Q3 | 54.71 | 0.21552 | 0.12 |
| WWE1056 | BEST OF CONFIDENTIAL VOL | 2012 Q4 | 2012 Q4 | 28.45 | 0.21552 | 0.06 |
| WWE1056 | BEST OF CONFIDENTIAL VOL | 2013 Q1 | 2013 Q1 | 3.98 | 0.21552 | 0.01 |
| *TOTAL : WWE1056* | | | | 87.14 | | $0.19 |
| | TOTAL : CLEARVISION LTD | | | 952.71 | | $1.16 |
| *ENTERTAINMENT ONE FILMS CANADA INC.* | | | | | | |
| KOC-DV-9064 | BEST OF CONFIDENTIAL VOL | 2012 Q3 | 2012 Q3 | 10.23 | 0.21552 | 0.02 |
| KOC-DV-9064 | BEST OF CONFIDENTIAL VOL | 2014 Q4 | 2014 Q4 | 14.45 | 0.21552 | 0.03 |
| *TOTAL : KOC-DV-9064* | | | | 24.68 | | $0.05 |
| | TOTAL : ENTERTAINMENT ONE FILMS CANADA INC. | | | 24.68 | | $0.05 |
| *HVDIRECT* | | | | | | |
| WWE58250 | BEST OF CONFIDENTIAL 2002 | 2013 Q1 | 2013 Q1 | 24.14 | 0.04310 | 0.01 |
| | TOTAL : HVDIRECT | | | 24.14 | | $0.01 |
| *HVDIRECT1* | | | | | | |
| WWE58250 | BEST OF CONFIDENTIAL 2002 | | | 16.09 | 0.04310 | 0.01 |
| *TOTAL : WWE58250* | | | | 16.09 | | $0.01 |
| | TOTAL : HVDIRECT1 | | | 16.09 | | $0.01 |
| *REGENCY MEDIA* | | | | | | |
| KAL0212 | VENGEANCE 2002 | 2012 Q3 | 2012 Q3 | 46.90 | 0.01724 | 0.01 |
| KAL0212 | VENGEANCE 2002 | 2014 Q2 | 2014 Q2 | 112.04 | 0.01724 | 0.02 |
| *TOTAL : KAL0212* | | | | 158.94 | | $0.03 |
| | TOTAL : REGENCY MEDIA | | | 158.94 | | $0.03 |
| *VIDEO UNLIMITED* | | | | | | |
| VDUWWE59340 | HULK HOGAN STILL RULES D | 2013 Q4 | 2013 Q4 | 3.35 | 0.27778 | 0.01 |
| | TOTAL : VIDEO UNLIMITED | | | 3.35 | | $0.01 |
| **TOTAL : Video** | | | | 1,179.91 | | $1.27 |

Print Date: 3/24/2016  TALENT NAME: BUFF BAGWELL  2016 Q1
Page :2 of 2
Account: ▓▓▓▓▓▓▓▓

| Item Code | Item Description | Activity Date | Venue | WWE Earned Royalties | Royalty Rate (%) | Talent Royalty Earned |
|---|---|---|---|---|---|---|
| *Royalty \ Nostalgia Advance* | | | | | | |
| | Royalty \ Nostalgia Advance | | | | | |
| 06 | Royalty \ Nostalgia Advance | | | 0.00 | 1.00000 | 20.77 |
| *TOTAL : 06* | | | | 0.00 | | $20.77 |
| | TOTAL : Royalty \ Nostalgia Advance | | | 0.00 | | $20.77 |
| *TOTAL : Royalty \ Nostalgia Advance* | | | | 0.00 | | $20.77 |
| **TOTAL :BUFF BAGWELL** | | | | 31,172.72 | | $64.40 |

**World Wrestling Entertainment, Inc.**

| INVOICE DATE MO DAY YEAR | DESCRIPTION | VENUE | NET AMOUNT |
|---|---|---|---|
| | Royalties (See statement for details) | | 64.40 |
| SUB TOTAL | | | 64.40 |
| GROSS AMOUNT | | | 64.40 |

| CHECK DATE | CHECK NUMBER | | TOTALS | |
|---|---|---|---|---|
| 03/24/2016 | | | | 64.40 |

Safeguard LITHO USA