# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARCUS BAGWELL, individually and on behalf of all others similarly situated, | : | NO. 3:16-CV-01350-JCH |
| Plaintiff, | : | |
| VS. | : | |
| WORLD WRESTLING ENTERTAINMENT, INC., | : | |
| Defendant. | : | SEPTEMBER 23, 2016 |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant World Wrestling Entertainment, Inc. states that it is a publicly traded corporation with no parent corporation and that no publicly held corporation owns ten percent or more of its stock.

DEFENDANT WORLD WRESTLING
ENTERTAINMENT, INC.

By: */s/ Jeffrey P. Mueller*
    Jerry S. McDevitt (*pro hac vice* pending)
    Curtis B. Krasik (*pro hac vice* pending)
    K&L GATES LLP
    K&L Gates Center
    210 Sixth Avenue
    Pittsburgh, PA 15222
    Phone: (412) 355-6500
    Fax: (412) 355-6501
    Email: jerry.mcdevitt@klgates.com
    Email: curtis.krasik@klgates.com

    Jonathan B. Tropp (ct11295)
    Jeffrey P. Mueller (ct27870)
    DAY PITNEY LLP
    242 Trumbull Street
    Hartford, CT 06103
    Phone: (860) 275-0100
    Fax: (860) 275-0343
    Email: jbtropp@daypitney.com
    Email: jmueller@daypitney.com

    Their Attorneys

## CERTIFICATION OF SERVICE

    I hereby certify that on September 23, 2016 a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                      */s/ Jeffrey P. Mueller*
                      Jeffrey P. Mueller (ct27870)