**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| MARCUS BAGWELL et al., : | |
|    Plaintiff, : | CIVIL CASE NO. |
| : | 3:16-cv-1350 (JCH) |
| v. : | |
| : | |
| WORLD WRESTLING : | |
|    ENTERTAINMENT, INC., : | OCTOBER 11, 2016 |
|    Defendants. : | |

**ORDER RE: DEFENDANT WWE'S NOTICE OF RELATED CASES AND REQUEST FOR TRANSFER (DOC. NO. 25)**

Defendant World Wrestling Entertainment ("WWE") filed a Notice of Related Cases and Request for Transfer. See generally Def. WWE's Notice of Related Cases and Req. for Transfer (Doc. No. 25). Upon review of the original Complaint, see generally Doc. No. 1, and the proposed Amended Complaint, see generally Doc. No. 11-1, in this case, as well as the cases WWE asserts are related under this court's Local Rule of Civil Procedure 40, the court determines that the cases are not related. WWE's request for transfer is therefore **DENIED**.

**SO ORDERED**.

Dated at New Haven, Connecticut this 11th day of October 2016.

                                                    /s/ Janet C. Hall
                                                  Janet C. Hall
                                                  United States District Judge