# EXHIBIT E

11/1/2016 Division of Corporations - Filing

Delaware.gov | Governor | General Assembly | Courts | Elected Officials | State Agencies

**Department of State: Division of Corporations**

Allowable Characters

HOME
About Agency
Secretary's Letter
Newsroom
Frequent Questions
Related Links
Contact Us
Office Location

SERVICES
Pay Taxes
File UCC's
Delaware Laws Online
Name Reservation
Entity Search
Status
Validate Certificate
Customer Service Survey

INFORMATION
Corporate Forms
Corporate Fees
UCC Forms and Fees
Taxes
Expedited Services
Service of Process
Registered Agents
GetCorporate Status
Submitting a Request
How to Form a New Business Entity
Certifications, Apostilles & Authentication of Documents

Frequently Asked Questions    View Search Results

### Entity Details

| | | | |
|---|---|---|---|
| File Number: | 3284773 | Incorporation Date / Formation Date: | 9/7/2000 (mm/dd/yyyy) |
| Entity Name: | WCW, INC. | | |
| Entity Kind: | Corporation | Entity Type: | General |
| Residency: | Domestic | State: | State: |
| Status: | Merged | Status Date: | 8/30/2011 |

**TAX INFORMATION**

| | | | |
|---|---|---|---|
| Last Annual Report Filed: | 2011 | Tax Due: | $ 0 |
| Annual Tax Assessment: | $ 75 | Total Authorized Shares: | 100 |

**REGISTERED AGENT INFORMATION**

| | |
|---|---|
| Name: | THE CORPORATION TRUST COMPANY |
| Address: | CORPORATION TRUST CENTER 1209 ORANGE ST |
| City: | WILMINGTON |
| County: | New Castle |
| State: | DE |
| Postal Code: | 19801 |
| Phone: | 302-658-7581 |

**FILING HISTORY (Last 5 Filings)**

| Seq | Description | No. of pages | Filing Date (mm/dd/yyyy) | Filing Time | Effective Date (mm/dd/yyyy) |
|---|---|---|---|---|---|
| 1 | Merger; Non-Survivor | 1 | 8/30/2011 | 7:37 PM | 8/30/2011 |
| 2 | Change of Agent 9000014 | 1 | 3/12/2004 | 3:30 PM | 3/12/2004 |
| 3 | Amendment W ACQUISITION CO. | 1 | 5/8/2001 | 9:00 AM | 5/8/2001 |
| 4 | Amendment W AVIATION CO. | 1 | 3/21/2001 | 9:00 AM | 3/21/2001 |
| 5 | Stock Corporation | 2 | 9/7/2000 | 9:00 AM | 9/7/2000 |

[ Back to Entity Search ]    [ Email Status ]

For help on a particular field click on the Field Tag to take you to the help area.

site map | privacy | about this site | contact us | translate | delaware.gov