# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | | | |
|---|---|---|---|
| **Marcus Bagwell and Scott Levy** | ) | | |
| *Plaintiff* | ) | | |
| | ) | | |
| v. | ) | Case No. | **3:16-cv-1350 (JCH)** |
| **World Wrestling Entertainment, Inc.** | ) | | |
| | ) | | |
| *Defendant* | | | |

## NOTICE OF APPEARANCE

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

**Marcus Bagwell and Scott Levy**

Date: **5/16/2017**

**s/ Matthew T. Peterson**

*Attorney's signature*

**Matthew Peterson (08146)**

*Printed name and bar number*

**Matthew T. Peterson**
**900 W. Jackson Blvd. #4e**
**Chicago, IL 60607**

*Address*

**matthew@matthewtpetersonlaw.com**

*E-mail address*

**815-999-9130**

*Telephone number*

*FAX number*

# CERTIFICATE OF SERVICE

I hereby certify that on **5/16/2017**, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to [Below list the names and addresses of anyone unable to accept electronic filing] as indicate on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

**Matthew T. Peterson**

*Attorney's signature*