**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **Marcus Bagwell and Scott Levy,** individually and on behalf of all others similarly situated;<br><br>     Plaintiffs,<br>v.<br><br>**WORLD WRESTLING ENTERTAINMENT, INC.**<br><br>     Defendant. | Civil Action No. 3:16-cv-01350-JCH<br><br>June 5, 2017 |

## MOTION FOR *PRO HAC VICE* ADMISSION OF RYAN M. TOSI

Pursuant to Local Rule 83.1(d) of the Local Rules of Civil Procedure for the District of Connecticut, the undersigned counsel, a member of the Bar of this Court, respectfully moves for Ryan M. Tosi, Esq. to be admitted *pro hac vice* to appear before this Court on behalf of Defendant World Wrestling Entertainment, Inc. in the above-captioned matter.

1. Pursuant to Local Rule 83.1(d)(1), an affidavit of Attorney Tosi stating his qualifications for *pro hac vice* admission is attached to this motion.

2. Pursuant to Local Rule 83.1(d)(2), the granting of this motion will not require the modification of any scheduling order entered in this matter.

3. Pursuant to Local Rule 83.1(d)(3), this motion is accompanied by payment of a fee of $75.00 to the Clerk of this Court.

4. Pursuant to Local Rule 83.1(d)(4), Attorney Tosi will promptly file a certificate of good standing from the bar of the Commonwealth of Massachusetts, the state in which he has his primary office, with the Clerk of this Court after this motion is granted.

WHEREFORE, the undersigned counsel respectfully moves for Ryan M. Tosi, Esq. to be admitted *pro hac vice* in the above-captioned matter.

DEFENDANT WORLD WRESTLING ENTERTAINMENT, INC.

By     */s/ Jeffrey P. Mueller*
Jeffrey P. Mueller (ct27870)
Day Pitney LLP
242 Trumbull Street
Hartford, CT 06103
Phone: (860) 275-0100
Fax: (860) 275-0343
Email: jmueller@daypitney.com

Its attorney

## **CERTIFICATION**

I hereby certify that, on June 5, 2017, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Jeffrey P. Mueller*
Jeffrey P. Mueller (ct27870)