# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Marcus Bagwell and Scott Levy, individually and on behalf of all others similarly situated, | : : : : | Civil Action No. 3:16-cv-01350-JCH |
| Plaintiffs, | : : | |
| v. | : : | Hon. Janet C. Hall |
| World Wrestling Entertainment, Inc., | : : | |
| Defendant. | : | |

## DECLARATION OF MATTHEW T. PETERSON

I, Matthew T. Peterson, state as follows:

1. I am over 18 years of age and am competent to make this declaration. All matters contained in this declaration are based on my personal knowledge.

2. I make this declaration in support of Plaintiffs' Motion For Leave To File Third Amended Class Action Complaint.

3. I am one of the attorneys of record for Plaintiffs in the above-captioned matter. On May 19, I filed Plaintiffs' Second Amended Class Action Complaint ("SAC") (Dkt. No. 51). I did not download the SAC from the Court's ECF filing system after it was filed on May 19.

4. I was away from the office from May 31 through June 6 attending to a personal matter. While I was gone, I did not work on this matter.

5. On June 2, Defendant World Wrestling Entertainment, Inc. ("WWE") filed its answer to the SAC.

1

6. When I returned on June 6, I reviewed WWE's answer and realized I had inadvertently uploaded the wrong version of the SAC to the Court's ECF filing system on May 19.

7. While I was preparing to file the SAC, I was experiencing intermittent problems with my computer. Each time I tried to PDF the SAC so that I could upload it to the Court's ECF system, my computer would freeze. After several attempts, the wrong SAC file was uploaded to the Court's ECF filing system. I did not check the SAC after uploading it.

8. On June 6, upon reviewing Defendant's answer, I discovered that pages 32 and 33 of the SAC were not part of the PDF I uploaded to the Court's ECF filing system. Recognizing my error, I immediately emailed counsel for WWE and informed them of my mistake. I also requested their consent for submitting a motion seeking leave to file a Third Amended Class Action Complaint that corrects the clerical errors and inserts the inadvertently omitted paragraphs and applicable class definition. As noted in the motion, WWE's counsel consented to its filing.

9. The corrected version of the SAC is the proposed Third Amended Class Action Complaint ("TAC"), and is attached to Plaintiffs' Motion For Leave To File Third Amended Class Action Complaint as Exhibit 1, and the redline version of Plaintiffs' TAC showing the changes made is attached as Exhibit 4.

I declare, under penalty of perjury, that the foregoing is true and correct. Executed this 9th day of June 2017.

/s/ *Matthew T. Peterson*
Matthew T. Peterson
900 W. Jackson Blvd., Suite 4E
Chicago, Illinois 60607
Phone: (815) 999-9130
Email: matthew@matthewtpetersonlaw.com