UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Marcus Bagwell and Scott Levy,
individually and on behalf of all others
similarly situated;                    Civil Action No.
                                       3:16-cv-01350-JCH
       Plaintiffs,

v.

World Wrestling Entertainment, Inc.,

       Defendant.         JULY 20, 2017

## APPEARANCE

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for the following plaintiffs:

MARCUS BAGWELL and SCOTT LEVY, ET AL.

Dated:  July 20, 2017

                              SIGNATURE

CT. 04261
BAR NUMBER

                              William H. Clendenen, Jr.
                              PRINT NAME

                              CLENDENEN & SHEA, LLC

FIRM NAME

<u>400 Orange Street</u>
ADDRESS

<u>NEW HAVEN, CT     06510</u>
CITY     STATE    ZIP CODE

<u>203/787-1183</u>
PHONE NUMBER

<u>203/787-2847</u>
FAX NUMBER

<u>office@clenlaw.com</u>
EMAIL ADDRESS

<u>CERTIFICATION</u>:

This is to certify that a copy of the foregoing has been sent to all required notification parties either via operation of the Court's electronic notification system or by first-class mail, postage pre-paid to anyone unable to accept such notification on this 20th day of July 2017.

_____
CLENDENEN & SHEA, LLC

2