UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Marcus Bagwell and Scott Levy,<br>individually and on behalf of all others<br>similarly situated;<br><br>Plaintiffs,<br><br>v.<br><br>World Wrestling Entertainment, Inc.,<br><br>Defendant. | Civil Action No.<br>3:16-cv-01350-JCH<br><br><br><br>July 20, 2017 |

## AMENDED AFFIDAVIT OF KLINT BRUNO

Klint Bruno, being duly sworn, hereby deposes and states as follows:

1. I am the managing partner at The Bruno Firm, LLC, located at 500 North Michigan Avenue, Suite 600, Chicago, Illinois 60611, with an office telephone number of (312) 321-6481, and email address of kb@brunolawus.com.

2. I am a member in good standing of the bar of the Supreme Court of the State of Illinois (Bar Number 6257742). I am also a member in good standing of the Supreme Court of the United States (Bar Number 257891), the United States Court of Appeals for the Fourth (Bar Number N/A, admitted August 15, 2006), Fifth (Bar Number N/A), Seventh (Bar Number N/A, admitted March 27, 2007), and Eighth Circuits (Bar Number 080395), and the United States District Court for the Northern District of Illinois (Bar Number 6257742), Southern District of Illinois (Bar Number 6257742), Southern District of Indiana (Bar Number N/A, admitted November 11, 1999), Northern District of Ohio (Bar Number: IL6257742, admitted

July 9, 2009, and Southern District of Iowa (Bar Number N/A, admitted August 20, 2007).

3. Based on conversations with the United States Court of Appeals for the Fourth, Fifth, and Seventh Circuits, it is my understanding that those Circuits do not assign bar numbers for its members.

4. Further, based on conversations with the United States District Court for the Northern District and Southern District of Illinois, it is my understanding that those Districts do not assign unique bar numbers for its members. Rather, the Northern District and Southern District of Illinois use the same bar number assigned from the Supreme Court of the State of Illinois for a particular member. Thus, my bar number for the Northern District and Southern District of Illinois is the same as my bar number assigned from the Supreme Court of the State of Illinois: 6257742.

5. Additionally, based on conversations with the United States District Court for the Southern District of Indiana and the Southern District of Iowa, it is my understanding that those Districts do not assign unique bar numbers for its members.

6. Based on conversations with the Supreme Court of the United States, the United States Court of Appeals for the Eighth Circuit, and the Northern District of Ohio, those courts each assign a unique bar number for their members and I have obtained those bar numbers.

7. At the time of filing my motion for leave to appear *pro hac vice* (Dkt. No. 71), I was unaware that the Northern District and Southern District of Illinois used the same bar number as the Supreme Court of Illinois for a particular member.

8. I have no pending disciplinary complaints and have never been denied admission by, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before this or any other court, while facing a disciplinary complaint.

9. I have fully reviewed and am familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

10. I designate William H. Clendenen, Jr. of Clendenen & Shea, LLC, 400 Orange Street, New Haven, Connecticut 06510, as my agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of his admission to this Court.

In accordance with 28 U.S.C. § 1746, I certify under the penalty of perjury that the foregoing is true and correct.

Executed: July 20, 2017
/s/ *Klint Bruno*
Klint Bruno
**THE BRUNO FIRM, LLC**
500 N. Michigan Avenue, Suite 600
Chicago, Illinois 60611
Telephone: (312) 321-6481
*kb@brunolawus.com*

CERTIFICATE OF SERVICE

 This is to certify that on this 20th day of July, 2017, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_____
CLENDENEN & SHEA, LLC