UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Marcus Bagwell and Scott Levy, individually and on behalf of all others similarly situated; | : <br> : <br> : Civil Action No. <br> : 3:16-cv-01350-JCH |
| Plaintiffs, | : <br> : |
| v. | : July 20, 2017 <br> : |
| World Wrestling Entertainment, Inc., | : <br> : |
| Defendant. | : |

## MOTION FOR RECONSIDERATION TO APPEAR *PRO HAC VICE*

Pursuant to Local Rule 7(c)(1), the undersigned counsel, as a member of the Bar of this Court, respectfully submits this motion for reconsideration of the Court's July 6, 2017 Order denying Eric Zagrans's motion for leave to appear *pro hac vice* on behalf of Plaintiffs in this action as a visiting lawyer. In support of this motion, the undersigned sponsoring lawyer has filed concurrently an affidavit and memorandum.

WHEREFORE, undersigned counsel moves that the Court grant this motion for reconsideration and allow Eric Zagrans to appear as counsel of record in the instant matter.

1

Dated: July 20, 2017               Respectfully submitted,

                                   _____
                                   William H. Clendenen, Jr. (ct04261)
                                   CLENDENEN & SHEA, LLC
                                   400 Orange Street
                                   New Haven, Connecticut 06511
                                   Telephone: (203) 787-1183
                                   Fax: (203) 787-2847
                                   Email: office@clenlaw.com

## CERTIFICATE OF SERVICE

This is to certify that on this 20th day of July, 2017, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_____
CLENDENEN & SHEA, LLC