UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Marcus Bagwell and Scott Levy, | : | |
| individually and on behalf of all others | : | |
| similarly situated; | : | Civil Action No. |
| | : | 3:16-cv-01350-JCH |
| Plaintiffs, | : | |
| | : | |
| v. | : | July 20, 2017 |
| | : | |
| World Wrestling Entertainment, Inc., | : | |
| | : | |
| Defendant. | : | |

### AMENDED AFFIDAVIT OF MICHAEL SILVERMAN

Michael Silverman, being duly sworn, hereby deposes and states as follows:

1. I am a partner at The Bruno Firm, LLC, located at 500 North Michigan Avenue, Suite 600, Chicago, Illinois 60611, with an office telephone number of (312) 321-6481, and email address of msilverman@brunolawus.com.

2. I am a member in good standing of the bar of the Supreme Court of the State of Illinois (Bar Number 6297625). I am also a member in good standing of the United States Court of Appeals for the Fifth Circuit (Bar Number N/A, admitted October 25, 2016) and the United States District Court for the Northern District of Illinois (Bar Number 6297625, admitted November 8, 2010).

3. Based on conversations with the United States Court of Appeals for the Fifth Circuit, it is my understanding that the Fifth Circuit does not assign bar numbers for its members.

4. Further, based on conversations with the United States District Court for the Northern District of Illinois, it is my understanding that the Northern District of Illinois does not assign unique bar numbers for its members. Rather, the Northern District of Illinois uses the same bar number assigned from the Supreme Court of the State of Illinois for a particular member. Thus, my bar number for the Northern District of Illinois is the same as my bar number assigned from the Supreme Court of the State of Illinois: 6297625.

5. At the time of filing my motion for leave to appear *pro hac vice* (Dkt. No. 70), I was unaware that the Northern District of Illinois used the same bar number as the Supreme Court of Illinois for a particular member.

6. I have no pending disciplinary complaints and have never been denied admission by, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before this or any other court, while facing a disciplinary complaint.

7. I have fully reviewed and am familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

8. I designate William H. Clendenen, Jr., Esq., of Clendenen & Shea, LLC, 400 Orange Street, New Haven Connecticut 06511, as my agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of his admission to this Court.

In accordance with 28 U.S.C. § 1746, I certify under the penalty of perjury that the foregoing is true and correct.

Executed: July 20, 2017                    /s/ *Michael Silverman*
                                                       Michael Silverman
                                                       **THE BRUNO FIRM, LLC**
                                                       500 N. Michigan Avenue, Suite 600
                                                       Chicago, Illinois 60611
                                                       Telephone: (312) 321-6481
                                                       *msilverman@brunolawus.com*

CERTIFICATE OF SERVICE

This is to certify that on this 20th day of July, 2017, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_____
CLENDENEN & SHEA, LLC