Civil- (Dec-2008)

HONORABLE: Sarah A. L. Merriam, USMJ

DEPUTY CLERK Breigh Freberg    RPTR/ECRO/TAPE FTR - CR4

TOTAL TIME: _____ hours  57  minutes

DATE: 7/27/2017   START TIME: 11:04am   END TIME: 12:01pm

LUNCH RECESS   FROM: _____   TO: _____

RECESS (if more than ½ hr)   FROM: _____   TO: _____

CIVIL NO. 16CV1350 (JCH)

| Marcus Bagwell | Maura Mastrony, Michael Silverman |
|---|---|
| | Plaintiff's Counsel |
| vs | |
| World Wrestling Entertainment, Inc. | C. Krasik, J. McDevitt, J. Mueller |
| | Defendant's Counsel |

## COURTROOM MINUTES- CIVIL

☐ Motion hearing            ☐ Show Cause Hearing
☐ Evidentiary Hearing       ☐ Judgment Debtor Exam
☑ Miscellaneous Hearing  Sched Con

☐ .....#_____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....#_____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....#_____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....#_____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....#_____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....#_____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....#_____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....  Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....  Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....  Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....  Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....  ☐ Briefs(s) due _____  ☐ Proposed Findings due _____ Response due _____
☑ ..........  All deadlines set during this hearing will be memorialized in a Memorandum   ☐ filed ☐ docketed
☐ ..........  of Conference and Scheduling Order.   ☐ filed ☐ docketed
☑ ..........  Telephonic status conference set for 8/11/2017 at 8:30AM.   ☐ filed ☐ docketed
☐ ..........  _____   ☐ filed ☐ docketed
☐ ..........  _____   ☐ filed ☐ docketed
☐ ..........  _____   ☐ filed ☐ docketed
☐ ..........  _____ Hearing continued until _____ at _____

Notes: