UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Marcus Bagwell and Scott Levy, | : | |
| individually and on behalf of all others | : | |
| similarly situated; | : | Civil Action No. |
| | : | 3:16-cv-01350-JCH |
| Plaintiffs, | : | |
| | : | |
| v. | : | Hon. Janet C. Hall |
| | : | |
| World Wrestling Entertainment, Inc., | : | |
| | : | |
| Defendant. | : | |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Fed. R. Civ. P. and District Court of Connecticut Local Rule 7(e), Attorney Brenden P. Leydon respectfully requests an order permitting him to be relieved as counsel for Plaintiffs in the above-captioned case. In support of this request, Attorney Leydon submits the following:

1. On July 20, 2017, Attorney William H. Clendenen, Jr entered an appearance in this case on behalf of the Plaintiffs.

2. On July 25, 2017, Attorney Maura Mastrony entered an appearance in this case on behalf of the Plaintiffs.

3. Attorneys Clendenen and Mastrony will continue to actively participate in this case and represent the Plaintiffs, in addition to likely additional pro hac vice counsel.

4. The Plaintiffs have changed their selection of counsel, and requested Attorney Leydon to withdraw.

5. The Plaintiffs will not be prejudiced as they continue to have counsel.

WHEREFORE the undersigned respectfully requests that this Court grant the instant Motion and permit Attorney Brenden P. Leydon to be relieved as counsel for the Plaintiff.

Dated: July 31, 2017  Respectfully submitted,

By /s/ Brenden P. Leydon
Brenden P. Leydon, Esq.
TOOHER WOCL & LEYDON, L.L.C.
80 Fourth Street
Stamford, Connecticut 06905
Telephone: (203) 324-6164
Fax: (203) 324-1407
Email: BLeydon@tooherwocol.com
Federal Bar No.: CT16026

This is to certify that on this 31st day of July, 2017, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/S/ BRENDEN P. LEYDON
Brenden P. Leydon