# KRISLOV & ASSOCIATES, LTD.

*Attorneys at Law*

CIVIC OPERA BUILDING, SUITE 1300
20 NORTH WACKER DRIVE
CHICAGO, ILLINOIS 60606

FAX (312) 739-1098
TELEPHONE (312) 606-0500

May 12, 2017

*By Certified Mail and by email to counsel for Defendant*

To:  World Wrestling Entertainment, Inc.
c/o The Corporation Trust company
Corporation Trust Center
1209 Orange Street
Wilmington DE  19801

Re:  *Marcus Bagwell and Scott Levy v. World Wrestling Entertainment, Inc.*
U.S. District Court, D. Connecticut, Civil Action No. 3:16-cv-1350 (JCH)

### Notice of Attorneys Lien

Sirs:

Please be advised that Krislov & Associates, Ltd. has and asserts its attorneys lien in this matter "to any verdict, judgment or order entered and to any money or property which may be recovered, on account of such suits, claims, demands or causes of action" under Illinois Consolidated Statutes 770 ILCS 5/1.

Very truly, yours,

Clinton A. Krislov

CAK:mm
cc: Jerry S. McDevitt
Curtis B. Krasik
K&L GATES LLP
Email: jerry.mcdevitt@klgates.com
Email: curtis.krasik@klgates.com

Jonathan B. Tropp
Jeffrey P. Mueller
DAY PITNEY LLP
Email: jbtropp@daypitney.com
Email: jmueller@daypitney.com

Brenden P. Leydon
TOOHER WOCL & LEYDON, L.L.C.
80 Fourth Street
Stamford, CT 06905
Email: bleydon@tooherwocl.com

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|

■ Complete items 1, 2, and 3. Also complete
  item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

A. Signature *McLaren*
X
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*   C. Date of Delivery

1. Article Addressed to:

World Wrestling Entertainment, Inc.
c/o The Corporation Trust company
Corporation Trust Center
1209 Orange Street
Wilmington DE 19801

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

RECEIVED MAY 1 6 2017

3. Service Type
   ☑ Certified Mail      ☐ Express Mail
   ☐ Registered          ☑ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*   ☐ Yes

2. Article Number
   *(Transfer from service label)*

7005 0390 0006 5411 4744

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540