Dear Sirs,

I am terminating my client engagement with Clint Krislov and Krislov and associates.

This is mainly because I haven't worked with you and don't know you.

Of course, once the case has come to resolution, you will be the first to be compensated.

Thank you very much,

*[signature]*

Scott Levy