UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Marcus Bagwell and Scott Levy, individually and on behalf of all others similarly situated; | : : : : | Civil Action No. 3:16-cv-01350-JCH |
| Plaintiffs, | : : | |
| v. | : : | August 4, 2017 |
| World Wrestling Entertainment, Inc., | : : | |
| Defendant. | : | |

## NOTICE CLARIFYING PLAINTIFFS' COUNSEL OF RECORD

Pursuant to the Court's July 27, 2017 Order (Dkt. No. 84 at 2), Plaintiffs Marcus Bagwell and Scott Levy respectfully submit this Notice Clarifying Plaintiffs' Counsel of Record.

The following attorneys currently represent Plaintiffs in this matter: Klint Bruno (*pro hac vice* pending), Eric Zagrans (*pro hac vice* pending), Michael Silverman (*pro hac vice* pending), and Matthew Peterson of The Bruno Firm, LLC (lead counsel); and William H. Clendenen, Jr. and Maura Mastrony of Clendenen & Shea, LLC (local counsel).

The following attorneys no longer represent Plaintiffs in this matter and have filed motions to withdraw as counsel: Clinton A. Krislov of Krislov & Associates, Ltd. (former lead counsel, motion to withdraw filed as Dkt. No. 89); and Brenden P. Leydon of Tooher, Wocl & Leydon, LLP (former local counsel, motion to withdraw filed as Dkt. No. 87).

THE PLAINTIFFS

By: _____
WILLIAM H. CLENDENEN, JR. (ct04261)
Clendenen & Shea, LLC
400 Orange Street
New Haven, Connecticut  06511
203/787-1183 (tel)
203/787-2847 (fax)
office@clenlaw.com
*whcj@clenlaw.com*

CERTIFICATION:

    This is to certify that a copy of the foregoing has been sent to all required notification parties either via operation of the Court's electronic notification system or by first-class mail, postage pre-paid to anyone unable to accept such notification on this 4th day of August 2017.

_____
CLENDENEN & SHEA, LLC