Civil- (Dec-2008)

HONORABLE: Sarah A. L. Merriam
DEPUTY CLERK: A. Caffrey
RPTR/ECRO/TAPE: FTR - CR5
TOTAL TIME: ____ hours  32 minutes
DATE: 8/11/2017   START TIME: 8:31   END TIME: 9:03
LUNCH RECESS   FROM: ____   TO: ____
RECESS (if more than ½ hr)   FROM: ____   TO: ____

CIVIL NO. 3:16cv1350 (JCH)

Marcus Bagwell

vs

World Wrestling Entertainment, Inc.

Maura Mastrony
Eric Zagrans, Michael Silverman
Plaintiff's Counsel

Jeffrey Mueller, Jerry S. McDevitt
Defendant's Counsel

## COURTROOM MINUTES- CIVIL

☐ Motion hearing            ☐ Show Cause Hearing
☐ Evidentiary Hearing       ☐ Judgment Debtor Exam
☒ Miscellaneous Hearing  Status Cf.

☐ .....#____ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ .....#____ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ .....#____ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ .....#____ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ .....#____ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ .....#____ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ .....#____ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ .....    Oral Motion _____  ☐ granted ☐ denied ☐ advisement
☐ .....    Oral Motion _____  ☐ granted ☐ denied ☐ advisement
☐ .....    Oral Motion _____  ☐ granted ☐ denied ☐ advisement
☐ .....    Oral Motion _____  ☐ granted ☐ denied ☐ advisement
☐ .....    ☐ Briefs(s) due ____ ☐ Proposed Findings due ____ Response due ____
☒ ..........  Joint status report to be filed by 8/25/2017 by close of business   ☐ filed ☐ docketed
☒ ..........  Follow-up telephonic status conference scheduled for 8/30/2017 at 9:30AM   ☐ filed ☐ docketed
☐ ..........  _____   ☐ filed ☐ docketed
☐ ..........  _____   ☐ filed ☐ docketed
☐ ..........  _____   ☐ filed ☐ docketed
☐ ..........  _____   ☐ filed ☐ docketed
☐ ..........  _____ Hearing continued until ____ at ____

Notes: Telephonic status conference.