Civil- (Dec-2008)

**HONORABLE:** Sarah A. L. Merriam
**DEPUTY CLERK:** S. Kaczmarek
**RPTR/ECRO/TAPE:** FTR - CR5
**TOTAL TIME:** ___ hours 13 minutes
**DATE:** 8/30/2017   **START TIME:** 9:30   **END TIME:** 9:43
**LUNCH RECESS** FROM: ___ TO: ___
**RECESS** (if more than ½ hr) FROM: ___ TO: ___

**CIVIL NO.** 3:16-cv-01350-JCH

Marcus Bagwell

vs

World Wrestling Entertainment, Inc

Maura Mastrony
Eric Zagrans, Michael Silverman
**Plaintiff's Counsel**

Curtis B. Krasik
Jeffrey Mueller, Jerry S. McDevitt
**Defendant's Counsel**

## COURTROOM MINUTES- CIVIL

☐ Motion hearing            ☐ Show Cause Hearing
☐ Evidentiary Hearing       ☐ Judgment Debtor Exam
☑ Miscellaneous Hearing  Status Cf.

☐ .....#___ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....#___ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....#___ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....#___ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....#___ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....#___ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....#___ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....   Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....   Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....   Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....   Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....   ☐ Briefs(s) due ___  ☐ Proposed Findings due ___  Response due ___
☑ ......... Memorandum of Conference _____ ☐ filed ☑ docketed
☐ ......... _____ ☐ filed ☐ docketed
☐ ......... _____ ☐ filed ☐ docketed
☐ ......... _____ ☐ filed ☐ docketed
☐ ......... _____ ☐ filed ☐ docketed
☐ ......... _____ ☐ filed ☐ docketed
☐ ......... _____ Hearing continued until _____ at _____

**Notes:** Telephonic Status Conf.