## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

Marcus Bagwell and Scott Levy,      :
individually and on behalf of all others:
similarly situated,                :      Civil Action No. 3:16-cv-01350-JCH
                                  :
             Plaintiffs,      :
                                  :
      v.                    :      Hon. Janet C. Hall
                                    :
World Wrestling Entertainment, Inc., :
                                    :
            Defendant.      :

## PLAINTIFFS' NOTICE WITHDRAWING CERTAIN CLAIMS
## FROM PLAINTIFFS' THIRD AMENDED CLASS ACTION COMPLAINT

Plaintiffs Marcus Bagwell and Scott Levy ("Plaintiffs"), by their attorneys, hereby submit this Notice withdrawing certain claims alleged in Plaintiffs' third amended class action complaint (Dkt. No. 65).

Based upon information exchanged between the parties, Plaintiffs hereby state that they will not pursue claims on behalf of individuals who are parties to the following contracts and are part of the following alleged subclasses in this matter: (1) Titan Sports, Inc. d/b/a World Wrestling Federation Booking Contract from the signing period of January 1, 1993 until December 31, 1993; and (2) WCW, Inc. Booking Contract from the signing period of March 24, 2001 until January 1, 2004. Accordingly, the sole remaining alleged class of individuals in this matter consists of all individuals who are parties to a World Wrestling Federation Entertainment, Inc.

Booking Contract from the signing period of January 1, 1999 to until January 1, 2004.[1]

Further, in light of the foregoing and after considering the information proffered by Defendant's counsel, Plaintiffs hereby state that they will not pursue any class claims on behalf of Plaintiff Bagwell. The parties have tentatively agreed, subject to Court approval, that Plaintiff Bagwell's individual claims will proceed on the same discovery schedule as previously set forth by the Court.

Respectfully submitted,

/s/ *Michael Silverman*

Michael Silverman
*msilverman@brunolawus.com*
Federal Bar #: phv09160
Klint Bruno
*kb@brunolawus.com*
Eric H. Zagrans
*ez@brunolawus.com*
Matthew Peterson
*mp@brunolawus.com*
**THE BRUNO FIRM, LLC**
500 N. Michigan Avenue, Suite 600
Chicago, Illinois 60611
Telephone: 312.321.6481

William H. Clendenen, Jr.
*whcj@clenlaw.com*
Maura Mastrony
*mam@clenlaw.com*
**CLENDENEN & SHEA, LLC**
400 Orange Street
New Haven, Connecticut 06511
Phone: 203.787.1183

***Attorneys for Plaintiffs and the Class***

---

[1] Plaintiffs reserve the right to amend the class definition based on information learned in discovery.

2

## <u>CERTIFICATE OF SERVICE</u>

The undersigned, an attorney, hereby certifies that a true and correct copy of the foregoing Plaintiffs' Notice Withdrawing Certain Claims From Plaintiffs' Third Amended Class Action Complaint was filed this 29th day of September 2017 via the electronic filing system of the District of Connecticut, which will automatically serve all counsel of record.

<u>/s/ *Michael Silverman*</u>
One of the Attorneys for Plaintiffs