Civil- (Dec-2008)

HONORABLE: Sarah A. L. Merriam
DEPUTY CLERK: A. Caffrey
RPTR/ECRO/TAPE: FTR - CR 5
TOTAL TIME: ___ hours 57 minutes
DATE: 10/6/2017  START TIME: 11:03AM  END TIME: 12:00PM
LUNCH RECESS FROM: ___ TO: ___
RECESS (if more than ½ hr) FROM: ___ TO: ___

CIVIL NO. 3:16-cv-01350-JCH

Marcus Bagwell

vs

World Wrestling Entertainment, Inc

Maura Mastrony
Eric H. Zagrans, Michael Silverman
Plaintiff's Counsel
Jeffrey Mueller
Curtis B. Krasik, Jerry S. McDevitt
Defendant's Counsel

## COURTROOM MINUTES- CIVIL

☐ Motion hearing  ☐ Show Cause Hearing
☐ Evidentiary Hearing  ☐ Judgment Debtor Exam
☑ Miscellaneous Hearing Status Cf.

☐ ….#___ Motion___ ☐ granted ☐ denied ☐ advisement
☐ ….#___ Motion___ ☐ granted ☐ denied ☐ advisement
☐ ….#___ Motion___ ☐ granted ☐ denied ☐ advisement
☐ ….#___ Motion___ ☐ granted ☐ denied ☐ advisement
☐ ….#___ Motion___ ☐ granted ☐ denied ☐ advisement
☐ ….#___ Motion___ ☐ granted ☐ denied ☐ advisement
☐ ….#___ Motion___ ☐ granted ☐ denied ☐ advisement
☐ ….. Oral Motion___ ☐ granted ☐ denied ☐ advisement
☐ ….. Oral Motion___ ☐ granted ☐ denied ☐ advisement
☐ ….. Oral Motion___ ☐ granted ☐ denied ☐ advisement
☐ …. Oral Motion___ ☐ granted ☐ denied ☐ advisement
☐ ….. ☐ Briefs(s) due ___ ☐ Proposed Findings due___ Response due___
☑ ………… Scheduling Order to follow  ☐ filed ☐ docketed
☐ ………… ___ ☐ filed ☐ docketed
☐ ………… ___ ☐ filed ☐ docketed
☐ ………… ___ ☐ filed ☐ docketed
☐ ………… ___ ☐ filed ☐ docketed
☐ ………… ___ ☐ filed ☐ docketed
☐ ………… ___ Hearing continued until ___ at ___

Notes: Telephonic status conference; Atty. Brenden P. Leydon and Atty. Krislov appeared by phone