# UNITED STATES DISTRICT COURT

for the

District of Connecticut

| | | |
|---|---|---|
| **Marcus Bagwell, et al.** | ) | |
| *Plaintiff* | ) | |
| | ) | |
| v. | ) | Case No.  **3:16-cv-01350-JCH** |
| **World Wrestling Entertainment, Inc.** | ) | |
| *Defendant* | ) | |

## NOTICE OF APPEARANCE

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

**Tooher Wocl & Leydon, LLC**

Date:    **Oct 10, 2017**

*Attorney's signature*

**Brenden P. Leydon - CT16026**

*Printed name and bar number*

**Tooher Wocl & Leydon, LLC**
**80 Fourth Street**
**Stamford, CT 06905**

*Address*

**bleydon@tooherwocl.com**

*E-mail address*

**(203) 324-6164**

*Telephone number*

**(203) 324-1407**

*FAX number*

*Rev. 5/4/2011*

## CERTIFICATE OF SERVICE

I hereby certify that on          **Oct 10, 2017**          , a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to [Below list the names and addresses of anyone unable to accept electronic filing] as indicate on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*Attorney's signature*