# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARCUS BAGWELL and SCOTT LEVY, individually and on behalf of all others similarly situated, | : NO. 3:16-CV-01350-JCH |
| Plaintiffs, | : |
| vs. | : |
| WORLD WRESTLING ENTERTAINMENT, INC., | : |
| Defendant. | : OCTOBER 16, 2017 |

## JOINT NOTICE REGARDING STATUS OF DISCOVERY ISSUES

Plaintiff Marcus Bagwell and Scott Levy ("Plaintiffs") and Defendant World Wrestling Entertainment, Inc. ("WWE") (collectively the "Parties") jointly submit this notice regarding the status of the Parties' discovery issues.

In the October 6, 2017 status conference, the Court ordered that any motions to compel with respect to the issues noted in the Parties' Joint Status Report (Doc. 114) dated September 25, 2017 should be filed by October 16, 2017.  The Parties hereby notify the Court that such discovery issues have been resolved in light of Plaintiff Scott Levy's deposition testimony on October 12, 2017 regarding WWE's Interrogatory No. 14 and WWE's agreement to provide certain information in compromise of the Parties' disputed positions regarding Plaintiffs' discovery requests.

/s/Eric H. Zagrans
Klint L. Bruno
*kb@brunolawus.com*
Eric H. Zagrans
*ez@brunolawus.com*
Michael Silverman
*msilverman@brunolawus.com*
Matthew Peterson
*mp@brunolawus.com*
**THE BRUNO FIRM, LLC**
500 North Michigan Avenue
Suite 600
Chicago, Illinois 60611
Phone: 312.321.6481

William H. Clendenen, Jr.
*whj@clenlaw.com*
Maura Mastrony
*mam@clenlaw.com*
**CLENDENEN & SHEA, LLC**
400 Orange Street
New Haven, Connecticut 06511
Phone: 203.787.1183

*Attorneys for Plaintiffs and the Class*

/s/Jerry S. McDevitt
Jerry S. McDevitt
*jerry.mcdevitt@klgates.com*
Curtis B. Krasik
*curtis.krasik@klgates.com*
**K&L GATES, LLP**
K&L Gates Center
210 Sixth Avenue
Pittsburgh, Pennsylvania 15222-2613
Phone: 412.355.8608

Jeffrey Mueller
*jpmueller@daypitney.com*
**DAY PITNEY LLP**
242 Trumbull Street
Hartford, Connecticut 06103-1212
Phone: 860.275.0164

Stanley A. Twardy, Jr.
*satwardy@daypitney.com*
Jonathan B. Tropp
*jbtropp@daypitney.com*
**DAY PITNEY LLP**
One Canterbury Green
201 Broad Street
Stamford, Connecticut 06901
Phone: 203.977.7300

*Attorneys for Defendant*
*World Wrestling Entertainment, Inc.*