KRISLOV & ASSOCIATES, LTD.
Civic Opera Building, Suite 1300
20 North Wacker Drive
Chicago, Illinois 60606
312-606-0500 clint@krislovlaw.com

## ATTORNEY-CLIENT
## CONTINGENT FEE AGREEMENT

**Scott Levy** ("Client"), hereby retains CLINTON A. KRISLOV and KRISLOV & ASSOCIATES, LTD. the ("Attorney") as his attorney, to prosecute and settle all claims which he has or may have, individually or in a class action, for himself and others similarly situated, against:

World Wrestling Entertainment, Inc. ("Defendant") and its respective current or former officers, directors, employees and agents, and all others against whom Client may have claims arising from:

Unpaid Royalties from World Wrestling Entertainment's sales of WWE Network.

**Authorization.** Client authorizes Attorney to fully investigate, prepare and prosecute the client's claims, including filing a lawsuit or bankruptcy claim, individual or class action, and engaging such co-counsel as Attorney may choose. Client certifies that he has related the facts of his claim fully and truthfully, to the best of his knowledge and belief, and agrees to fully cooperate with and assist Attorney in pursuing his claim.

If the claim is filed as a class action, Client understands that his fiduciary duties as a proposed or certified class representative may require him to (a) present himself for a deposition; (b) produce information requested in discovery; and (c) reject offers of personal settlement for Client alone, unless and until the court relieves him of that duty, and Client authorizes counsel to reject such offers as long as the case remains pending or being pursued as a class action.

**Fees and Costs; Attorneys' Fees.** In consideration for services rendered by Attorney, Client agrees to pay or be responsible, contingent on recovery, for all costs and expenses of pursuing such claims, plus Attorneys' fees of either (a) 33-1/3 percent (33-1/3%) of the gross amount recovered once litigation is filed against Defendant; (b) 40 percent (40%) of the gross amount recovered if an appeal is filed against Defendant; or (c) if court approval is required, such other fee amount as the relevant court may approve.

**Attorneys Co-Counsel Agreement.** Clinton A. Krislov, or his firm, Krislov & Associates, Ltd., shall be lead counsel and lead class counsel, and shall direct the litigation.

**Costs and Expenses.** Attorney will advance all costs and expenses of the litigation and may recover them from Client's recovery in this case. Client understands that these costs may include, but are not limited to, court costs, transcripts, court reporters, costs of notice to other class members, photocopying, postage, computerized research, travel expenses, expert witness and consultant fees and other out-of-pocket expenses.

**Reimbursement of Costs from Recovery.** Attorney may deduct, from the proceeds of any recovery from the claim, the attorneys' fees to which Attorney is entitled under this Agreement, together with all costs and expenses which remain unpaid.

**Incentive Award to Client.** If in Attorneys' judgment, the recovery or benefits obtained in the case and the conduct of the Client are such as to merit an incentive award for Client, Attorney will propose such an award to the applicable Court, in an amount Attorney believe appropriate. Client understands that the award may be limited by law and is always subject to the Court's determination of the appropriateness and amount of such an award.

**Assignment of Attorney's Fees.** Client hereby assigns to Attorney the Client's right to any attorneys' fees, and also assigns to Attorneys 100% of any and all attorneys' fees that may be awarded to him as a result of Attorneys' prosecution of Client's claim for attorneys' fees.

**Attorney Authority and Duties.** Attorney is authorized to engage or associate other appropriate counsel under this agreement, to select an appropriate forum and form to pursue the claim and to communicate with Client regarding the claim and its progress.

**Withdrawal.** If, after reasonable investigation of the claim, Attorney determines that it is not practical to prosecute the claim, Attorney may withdraw from this representation under this Agreement, by giving Client notice of that determination.

**Applicable Law.** This engagement shall be regarded as accepted by Attorney in Illinois, whose law shall govern in the event of a dispute.
Client agrees to the above terms of Attorney engagement and certifies that the following information about Client is true and correct.

Name: (Printed) **SCOTT LEVY**

Date: Aug 15 2016   Signature: [signature]

Accepted by ATTORNEY:

KRISLOV & ASSOCIATES, LTD
Dated: _____ Signature: [signature]

## DUTIES OF A CLASS REPRESENTATIVE

1. A class representative represents the interests of all members of his or her class *in litigation to recover money damages for the class.*

2. A class member has claims that are typical of those of the class, and therefore, involve common issues of law or of fact. For example, as a class representative, your claims against the defendants are typical of the class members' claims against defendants, because: **All class members had Booking Contracts similar to you, but were not paid royalties for the sales of past pay per views and non-pay per view productions on WWE Network.**

3. A class representative always considers the interests of the class just as he or she would consider his or her own interests.

4. A class representative participates actively in the lawsuit, such as by testifying at deposition and trial, answering written interrogatories, producing all requested relevant documents and keeping generally aware of the status and progress of the lawsuit.

5. A class representative recognizes and accepts that any resolution of the lawsuit, by settlement or dismissal, is subject to court approval, and must be designed in the best interest of the class as a whole.

6. A class representative is not required to be particularly sophisticated or knowledgeable with respect to the subject of the lawsuit. However, the class representative should be interested, on a continuous basis, in the progress of the lawsuit, and make every effort to provide his or her lawyers and the court with all relevant facts of which he or she is aware.

7. A class representative volunteers to represent many other people with similar claims and damages because of the importance that all benefit from the lawsuit equally; because a class lawsuit will save time, money, and effort, and therefore, will benefit all parties and the court; and because the class action is an important tool to assure compliance with federal securities laws.

I have reviewed and acknowledge my duties as a class representative in class action litigation against World Wrestling Entertainment, Inc. and its respective current or former officers, directors, employees and agents, and all others against whom I may have claims.

Dated: Aug 25, 2016

_____ Signature