KRISLOV & ASSOCIATES, LTD.
Civic Opera Building, Suite 1300
20 North Wacker Drive
Chicago, Illinois 60606
312-606-0500 clint@krislovlaw.com

## ATTORNEY-CLIENT
## CONTINGENT FEE AGREEMENT

*Marcus Bagwell* ("Client"), hereby retains CLINTON A. KRISLOV and KRISLOV & ASSOCIATES, LTD. the ("Attorney") as his attorney, to prosecute and settle all claims which he has or may have, individually or in a class action, for himself and others similarly situated, against:

World Wrestling Entertainment, Inc. ("Defendant") and its respective current or former officers, directors, employees and agents, and all others against whom Client may have claims arising from:

Unpaid Royalties from World Wrestling Entertainment's sales of WWE Network.

**Authorization.** Client authorizes Attorney to fully investigate, prepare and prosecute the client's claims, including filing a lawsuit or bankruptcy claim, individual or class action, and engaging such co-counsel as Attorney may choose. Client certifies that he has related the facts of his claim fully and truthfully, to the best of his knowledge and belief, and agrees to fully cooperate with and assist Attorney in pursuing his claim.

If the claim is filed as a class action, Client understands that his fiduciary duties as a proposed or certified class representative may require him to (a) present himself for a deposition; (b) produce information requested in discovery; and (c) reject offers of personal settlement for Client alone, unless and until the court relieves him of that duty, and Client authorizes counsel to reject such offers as long as the case remains pending or being pursued as a class action.

**Fees and Costs: Attorneys' Fees.** In consideration for services rendered by Attorney, Client agrees to pay or be responsible, contingent on recovery, for all costs and expenses of pursuing such claims, plus Attorneys' fees of either (a) 33-1/3 percent (33-1/3%) of the gross amount recovered once litigation is filed against Defendant; (b) 40 percent (40%) of the gross amount recovered if an appeal is filed against Defendant; or (c) if court approval is required, such other fee amount as the relevant court may approve.

**Attorneys Co-Counsel Agreement.** Clinton A. Krislov, or his firm, Krislov & Associates, Ltd., shall be lead counsel and lead class counsel, and shall direct the litigation.

**Costs and Expenses.** Attorney will advance all costs and expenses of the litigation and may recover them from Client's recovery in this case. Client understands that these costs may include, but are not limited to, court costs, transcripts, court reporters, costs of notice to other class members, photocopying, postage, computerized research, travel expenses, expert witness and consultant fees and other out-of-pocket expenses.

**Reimbursement of Costs from Recovery.** Attorney may deduct, from the proceeds of any recovery from the claim, the attorneys' fees to which Attorney is entitled under this Agreement, together with all costs and expenses which remain unpaid.

**Incentive Award to Client.** If in Attorneys' judgment, the recovery or benefits obtained in the case and

1

the conduct of the Client are such as to merit an incentive award for Client, Attorney will propose such an award to the applicable Court, in an amount Attorney believe appropriate. Client understands that the award may be limited by law and is always subject to the Court's determination of the appropriateness and amount of such an award.

**Assignment of Attorney's Fees.** Client hereby assigns to Attorney the Client's right to any attorneys' fees, and also assigns to Attorneys 100% of any and all attorneys' fees that may be awarded to him as a result of Attorneys' prosecution of Client's claim for attorneys' fees.

**Attorney Authority and Duties.** Attorney is authorized to engage or associate other appropriate counsel under this agreement, to select an appropriate forum and form to pursue the claim and to communicate with Client regarding the claim and its progress.

**Withdrawal.** If, after reasonable investigation of the claim, Attorney determines that it is not practical to prosecute the claim, Attorney may withdraw from this representation under this Agreement, by giving Client notice of that determination.

**Applicable Law.** This engagement shall be regarded as accepted by Attorney in Illinois, whose law shall govern in the event of a dispute.

Client agrees to the above terms of Attorney engagement and certifies that the following information about Client is true and correct.

Name: (Printed) _Marcus Bagwell_

Date: _5/17/16_   Signature: _[signature]_

Accepted by ATTORNEY:
KRISLOV & ASSOCIATES, LTD.
Dated: _____   Signature: _[signature]_

2