UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARCUS BAGWELL and SCOTT LEVY, individually and on behalf of all others similarly situated, | : NO. 3:16-CV-01350-JCH<br>:<br>:<br>: |
| Plaintiffs, | :<br>: |
| vs. | :<br>: |
| WORLD WRESTLING ENTERTAINMENT, INC., | :<br>:<br>: |
| Defendant. | : OCTOBER 27, 2017 |

**MOTION TO SEAL EXHIBIT F TO DEFENDANT'S MEMORANDUM OF LAW IN SUPPORT OF MOTION TO COMPEL REGARDING PRIVILEGE ISSUES**

Pursuant to Local Rule of Civil Procedure 5(e), Defendant World Wrestling Entertainment, Inc. ("WWE") hereby moves to file under seal Exhibit F to its memorandum of law in support of its motion to compel regarding privilege issues.

Exhibit F to the memorandum of law in support of the motion to compel contains material that has been designated as Confidential pursuant to the Court's Standing Protective Order governing this action because it implicates an individual's legitimate expectation of privacy. Specifically, Exhibit F is a phone record that reflects the personal cellular telephone numbers of Plaintiff Scott Levy and Attorney Matthew Peterson.

Accordingly, WWE requests permission to file an unredacted version of Exhibit F under seal. WWE has served an unredacted version of this exhibit on Plaintiffs and has filed it under seal with the Court in accordance with Local Rule of Civil Procedure 5(e). A redacted version of this exhibit has been filed electronically.

DEFENDANT WORLD WRESTLING ENTERTAINMENT, INC.

By: /s/ Jerry S. McDevitt
    Jerry S. McDevitt (*pro hac vice*)
    Curtis B. Krasik *(pro hac vice)*
    K&L GATES LLP
    K&L Gates Center
    210 Sixth Avenue
    Pittsburgh, PA 15222
    Phone: (412) 355-6500
    Fax: (412) 355-6501
    Email: jerry.mcdevitt@klgates.com
    Email: curtis.krasik@klgates.com

    Jonathan B. Tropp (ct11295)
    Jeffrey P. Mueller (ct27870)
    DAY PITNEY LLP
    242 Trumbull Street
    Hartford, CT 06103
    Phone: (860) 275-0100
    Fax: (860) 275-0343
    Email: jbtropp@daypitney.com
    Email: jmueller@daypitney.com

    Their Attorneys

## CERTIFICATE OF SERVICE

    I hereby certify that on October 27, 2017, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

    I further certify that on October 27, 2017, the documents referenced in this Motion to Seal were served on the following counsel by email.

Klint Bruno
Eric Zagrans
Michael Silverman
Matthew Peterson
**THE BRUNO FIRM, LLC**
500 North Michigan Avenue, Suite 600
Chicago, Illinois 60611
Phone: 312.321.6481
Email: kb@brunolawus.com
Email: ez@brunolawus.com
Email: msilverman@brunolawus.com
Email: mp@brunolawus.com

William H. Clendenen, Jr.
Maura Mastrony
**CLENDENEN & SHEA, LLC**
400 Orange Street
New Haven, Connecticut 06511
Phone: 203.787.1183
Email: whj@clenlaw.com
Email: mam@clenlaw.com

/s/ Jeffrey P. Mueller
Jeffrey P. Mueller (ct27870)