# EXHIBIT C

| Log Entry # | Date | Beg Bates | Privilege Type | Document Type | Subject Matter | From | Recipient(s) | Copy To |
|---|---|---|---|---|---|---|---|---|
| 1 | 6/2/2001 | | A/C | E-Doc | Letter from counsel to client re: WCW, Inc. agreement and attorney-client retention agreement | Bradley Small, Esq. | Marcus Bagwell | |
| 2 | 5/17/2016 | | A/C | E-Doc | Krislov & Associates, Ltd. attorney-client retention agreement | Krislov & Associates, Ltd. | Marcus Bagwell | |
| 3 | 5/15/2017 | | A/C | E-Doc | Matthew T. Peterson attorney-client retention agreement | Matthew T. Peterson, Esq. | Marcus Bagwell | |
| 4 | 6/14/2017 | | A/C | E-Doc | The Bruno Firm, LLC attorney-client retention agreement and consent to affiliate counsel | The Bruno Firm, LLC | Marcus Bagwell | |
| 5 | 1/31/2008 | | A/C | E-Doc | The Disner Law Corporation attorney-client retention agreement | The Disner Law Corporation | Scott Levy | |
| 6 | 8/25/2016 | | A/C | E-Doc | Krislov & Associates, Ltd. attorney-client retention agreement | Krislov & Associates, Ltd. | Scott Levy | |
| 7 | 5/15/2017 | | A/C | E-Doc | Matthew T. Peterson attorney-client retention agreement | Matthew T. Peterson | Scott Levy | |
| 8 | 6/15/2017 | | A/C | E-Doc | The Bruno Firm, LLC attorney-client retention agreement and consent to affiliate counsel | The Bruno Firm, LLC | Scott Levy | |
| 9 | | | A/C | E-Doc | The Bruno Firm, LLC consent to affiliate counsel | The Bruno Firm, LLC | Marcus Bagwell | |
| 10 | 7/20/2017 | | A/C | E-Doc | The Bruno Firm, LLC consent to affiliate counsel | The Bruno Firm, LLC | Scott Levy | |
| 11 | 4/9/2009 | | A/C | E-mail | Email between counsel and client requesting information to assist in rendering legal advice re: obligation to pay royalties | Cary Ichter, Esq. | Scott Levy | |

| # | Date | Bates | Privilege | Type | Description | From | To | |
|---|---|---|---|---|---|---|---|---|
| 12 | 3/18/2016 | | A/C & W/P | E-mail | Email between counsel and client re: case analysis for potential WWE royalty class action | Scott Levy | Frank Smith, Esq. | |
| 13 | | | A/C & W/P | E-Doc | Draft memorandum prepared by counsel providing case summary, case analysis, and legal research | Matthew T. Peterson, Esq. | Scott Levy | |
| 14 | 12/3/2005 | LEVY-000000148 | A/C & W/P | E-Doc | Letter and legal memorandum from counsel to client reflecting counsel's analysis of legal issues (Redacted LEVY000000151-153) | Cary Ichter, Esq. | Scott Levy | |
| 15 | 3/16/2016 | | A/C & W/P | E-Doc | Email between counsel and client providing case analysis of WWE Network unpaid royalties claim | Krislov & Associates, Ltd. | Scott Levy | |
| 16 | 4/9/2016 | | A/C | E-Doc | Email between counsel and client re: Krislov & Associates, Ltd. attorney-client retention agreement | Krislov & Associates, Ltd. | Scott Levy | |
| 17 | 4/9/2016 | | A/C | E-Doc | Email attachment: Krislov & Associates, Ltd. attorney-client retention agreement | Krislov & Associates, Ltd. | Scott Levy | |
| 18 | 4/9/2016 | | A/C & W/P | E-mail | Email between counsel, client, and Frank Smith including attachments providing information to assist in rendering legal advice re: obligation to pay WWE Network royalties | Krislov & Associates, Ltd. | Scott Levy | |
| 19 | 4/9/2016 | | A/C & W/P | E-Doc | Email attachment: counsel's legal analysis and research re: unpaid royalties | Krislov & Associates, Ltd. | Scott Levy | |
| 20 | 4/9/2016 | | A/C & W/P | E-Doc | Email attachment providing legal analysis and research re: unpaid royalties | Krislov & Associates, Ltd. | Scott Levy | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 21 | 4/9/2016 | | A/C & W/P | E-Doc | Email attachment from client for counsel's rendering of legal analysis re: unpaid royalties | Scott Levy | Krislov & Associates, Ltd. | |
| 22 | 4/11/2016 | | A/C & W/P | E-mail | Email between counsel and client providing materials to assist counsel in rendering legal advice re: unpaid royalties | Scott Levy | Krislov & Associates, Ltd. | |
| 23 | 4/11/2016 | | A/C & W/P | E-Doc | Email attachment from client for counsel's rendering of legal analysis re: unpaid royalties | Scott Levy | Krislov & Associates, Ltd. | |
| 24 | 4/13/2016 | | A/C & W/P | E-mail | Email between counsel and client providing attachments to assist counsel in rendering legal advice re: obligation to pay royalties | Scott Levy | Krislov & Associates, Ltd. and Frank Smith, Esq. | |
| 25 | 4/13/2016 | | A/C & W/P | E-Doc | Email attachment from client for counsel's rendering of legal analysis re: unpaid royalties | Scott Levy | Krislov & Associates, Ltd. and Frank Smith, Esq. | |
| 26 | 4/13/2016 | | A/C & W/P | E-Doc | Email attachment from client for counsel's rendering of legal analysis re: unpaid royalties | Scott Levy | Krislov & Associates, Ltd. and Frank Smith, Esq. | |
| 27 | 7/9/2016 | | A/C | E-mail | Email between counsel and client requesting legal advice concerning unpaid royalties | Scott Levy | Krislov & Associates, Ltd. | |
| 28 | 8/4/2016 | LEVY-00000355 | A/C & W/P | E-mail | Email between counsel and client rendering legal analysis for unpaid royalties claim (Redacted) | Scott Levy | Krislov & Associates, Ltd. | |

| # | Date | Bates | Privilege | Type | Description | From | To | |
|---|---|---|---|---|---|---|---|---|
| 29 | 8/4/2016 | LEVY-000000356 | A/C & W/P | E-mail | Email between counsel and client rendering legal analysis for unpaid royalties claim (Redacted LEVY-000000357-359) | Scott Levy | Krislov & Associates, Ltd. | |
| 30 | 8/18/2016 | | A/C | E-mail | Email between counsel and client re: Krislov & Associates, Ltd. attorney-client retention agreement | Krislov & Associates, Ltd. | Scott Levy | |
| 31 | 8/18/2016 | | A/C | E-Doc | Email attachment: Krislov & Associates, Ltd. attorney-client retention agreement | Krislov & Associates, Ltd. | Scott Levy | |
| 32 | 8/18/2016 | | A/C & W/P | E-mail | Email between counsel and client re: Krislov & Associates attorney-client retention agreement and providing legal analysis of WWE Network unpaid royalties | Scott Levy | Krislov & Associates, Ltd. | |
| 33 | 8/18/2016 | | A/C & W/P | E-mail | Email between counsel and client rendering legal analysis for unpaid royalties on WWE Network and Krislov attorney-client retention agreement | Scott Levy | Krislov & Associates, Ltd. | |
| 34 | 8/18/2016 | | AC & W/P | E-Doc | Email attachment from client for counsel's rendering of legal analysis and research re: royalty payments | Scott Levy | Krislov & Associates, Ltd. | |
| 35 | 8/18/2016 | | A/C & W/P | E-Doc | Email attachment from client for counsel's rendering of legal analysis and research re: royalty payments | Scott Levy | Krislov & Associates, Ltd. | |
| 36 | 8/23/2016 | | A/C | E-mail | Email between client and counsel re: Krislov & Associates, Ltd. attorney-client retention agreement | Scott Levy | Krislov & Associates, Ltd. | |

| # | Date | | Privilege | Type | Description | From | To | |
|---|---|---|---|---|---|---|---|---|
| 37 | 8/25/2016 | | A/C | E-Doc | Krislov & Associates, Ltd. attorney-client retention agreement | Scott Levy | Krislov & Associates, Ltd. | |
| 38 | 4/11/2016 | | A/C & W/P | E-Doc | Email attachment from client for counsel's rendering of legal analysis re: unpaid royalties | Scott Levy | Krislov & Associates, Ltd. | |
| 39 | 4/13/2016 | | A/C & W/P | E-Doc | Email attachment from client for counsel's rendering of legal analysis re: unpaid royalties | Scott Levy | Krislov & Associates, Ltd. | |
| 40 | 5/11/2016 | | A/C | E-mail | Email between client and counsel re: Krislov & Associates, Ltd. attorney-client retention agreement | Krislov & Associates, Ltd. | Marcus Bagwell | |