# EXHIBIT D

| Log Entry # | Date | BegBates | Privilege Type | Document Type | Subject Matter | From | Recipient(s) | Copy To Blind Copy To |
|---|---|---|---|---|---|---|---|---|
| 1 | 3/16/2016 | | A/C & W/P | ESI | Email between counsel and client providing case analysis of WWE Network royalties claim | Krislov & Associates, Ltd. | Scott Levy | |
| 2 | 2/17/2009 | | A/C & W/P | ESI | Email between counsel and client re: draft letter to WWE concerning payment of royalties | Cary Ichter, Esq. | Scott Levy | |
| 3 | 2/16/2009 | | A/C & W/P | ESI | Email between counsel and client re: draft letter to WWE involving payment of royalties | Cary Ichter, Esq. | Scott Levy | |
| 4 | 1/22/2009 | | A/C & W/P | ESI | Email between counsel and client providing information to assist counsel in rendering legal advice and reflecting counsel's mental impressions re: payment of royalties | Scott Levy | Cary Ichter, Esq. | |
| 5 | 1/21/2009 | | A/C & W/P | ESI | Email between counsel and client providing information to assist counsel in rendering legal advice and reflecting counsel's mental impressions re: payment of royalties | Cary Ichter, Esq. | Scott Levy | |
| 6 | 1/21/2009 | | W/P | ESI | Email to manager including draft email to counsel (Cary Ichter, Esq.) providing information to assist counsel in rendering legal advice re: payment of royalties | Scott Levy | Marguerite Reynolds | |
| 7 | 1/21/2009 | | A/C & W/P | ESI | Email between counsel and client re: providing information to assist counsel in rendering legal advice involving potential claims and payment of royalties | Cary Ichter, Esq. | Scott Levy | |
| 8 | 1/21/2009 | | A/C & W/P | ESI | Email between client and counsel providing information to assist counsel in rendering legal advice on payment of royalties and reflecting counsel's mention impressions and case investigation | Cary Ichter, Esq. | Scott Levy | |
| 9 | 1/19/2009 | | A/C & W/P | ESI | Email and attachment between counsel and client re: requesting information to assist counsel in rendering legal advice and drafting letter to WWE involving payment of royalties | Cary Ichter, Esq. | Scott Levy | |

| # | Date | | Privilege | Type | Description | From | To | BCC |
|---|------|---|-----------|-----|-------------|------|----|----|
| 10 | 4/15/2009 | | A/C | ESI | Email between counsel and client requesting information to assist counsel in rendering legal advice re: payment of royalties | Cary Ichter, Esq. | Scott Levy | |
| 11 | 4/10/2009 | | A/C | ESI | Email between counsel and client re: information to assist counsel in rendering legal advice involving payment of royalties | Cary Ichter, Esq. | Scott Levy | |
| 12 | 4/9/2009 | | A/C | ESI | Email between counsel and client re: information to assist counsel in rendering legal advice involving payment of royalties | Cary Ichter, Esq. | Scott Levy | |
| 13 | 7/10/2012 | | A/C | ESI | Email between client and counsel re: providing information to assist counsel in rendering legal advice involving payment of royalties | Scott Levy | Frank Smith, Esq. | |
| 14 | 10/17/2014 | | A/C | ESI | Email between client and counsel re: providing information to assist counsel in rendering legal advice involving payment of royalties | Scott Levy | Frank Smith, Esq. | |
| 15 | 10/17/2014 | | A/C | ESI | Email and attachment between client and counsel providing information to assist counsel in rendering legal advice re: payment of royalties | Scott Levy | Frank Smith, Esq. | |
| 16 | 3/18/2016 | | A/C & W/P | ESI | Email between client and counsel reflecting mental impressions of Krislov & Associates, Ltd.'s analysis of WWE Network royalty case and legal issues | Scott Levy | Frank Smith, Esq. | BCC: Scott Levy |
| 17 | 4/9/2016 | | A/C | ESI | Email between client and counsel re: providing information to assist counsel in rendering legal advice on payment of royalties | Scott Levy | Frank Smith, Esq. | BCC: Scott Levy |
| 18 | 4/9/2016 | | A/C | ESI | Email between client and counsel re: providing case materials to assist counsel in rendering legal advice on payment of royalties | Scott Levy | Frank Smith, Esq. | |
| 19 | 4/10/2016 | | A/C | ESI | Email between client and counsel re: providing information to assist counsel in rendering legal advice on payment of royalties | Scott Levy | Frank Smith, Esq. | BCC: Scott Levy |
| 20 | 4/11/2016 | | A/C | ESI | Email and attachments between client and counsel re: providing materials at request of counsel to assist counsel in rendering legal advice on payment of royalties | Scott Levy | Frank Smith, Esq. | |

| # | Date | | Privilege | Type | Description | From | To | BCC |
|---|------|---|-----------|------|-------------|------|-----|-----|
| 21 | 4/13/2016 | | A/C | ESI | Email and attachments between client and counsel re: providing materials to assist counsel in rendering legal advice on payment of royalties | Scott Levy | Frank Smith, Esq. | |
| 22 | 4/13/2016 | | A/C | ESI | Email and attachments between client and counsel re: providing materials at request of counsel to assist counsel in rendering legal advice on payment of royalties | Scott Levy | Frank Smith, Esq.; Krislov & Associates, Ltd. | |
| 23 | 7/9/2016 | | A/C | ESI | Email between client and counsel re: providing information to assist counsel in rendering legal advice on payment of royalties | Scott Levy | Krislov & Associates, Ltd. | BCC: Scott Levy |
| 24 | 7/22/2016 | | A/C | ESI | Email between client and counsel re: providing materials at request of counsel to assist counsel in rendering legal advice on payment of royalties | Scott Levy | Krislov & Associates, Ltd. | |
| 25 | 7/22/2016 | | A/C | ESI | Email and attachments between client and counsel re: providing materials at request of counsel to assist counsel in rendering legal advice on payment of royalties | Scott Levy | Krislov & Associates, Ltd. | |
| 26 | 7/27/2016 | | A/C | ESI | Email between client and counsel re: providing materials and information at request of counsel to assist counsel in rendering legal advice on payment of royalties | Scott Levy | Krislov & Associates, Ltd. | BCC: Scott Levy |
| 27 | 7/27/2016 | | A/C | ESI | Email between client and counsel re: providing materials and information at request of counsel to assist counsel in rendering legal advice on payment of royalties | Scott Levy | Krislov & Associates, Ltd. | BCC: Scott Levy |
| 28 | 7/29/2016 | | A/C | ESI | Email between client and counsel re: providing materials and information at request of counsel to assist counsel in rendering legal advice on payment of royalties | Scott Levy | Krislov & Associates, Ltd. | |
| 29 | 8/4/2016 | | A/C & W/P | ESI | Email between client and counsel reflecting counsel's mental impressions re: payment of royalties | Scott Levy | Krislov & Associates, Ltd. | BCC: Scott Levy |

| # | Date | | Privilege | Format | Description | From | To | CC/BCC |
|---|------|---|-----------|--------|-------------|------|----|----|
| 30 | 8/4/2016 | | A/C & W/P | ESI | Email between client and counsel reflecting counsel's mental impressions re: payment of royalties | Scott Levy | Krislov & Associates, Ltd. | BCC: Scott Levy |
| 31 | 8/12/2016 | | A/C & W/P | ESI | Email between client and counsel reflecting counsel's mental impressions re: payment of royalties | Scott Levy | Krislov & Associates, Ltd. | BCC: Scott Levy |
| 32 | 8/16/2016 | | A/C & W/P | ESI | Email between client and counsel reflecting counsel's mental impressions re: payment of royalties | Scott Levy | Krislov & Associates, Ltd. | BCC: Scott Levy |
| 33 | 8/16/2016 | | A/C & W/P | ESI | Email between client and counsel reflecting counsel's mental impressions re: payment of royalties | Scott Levy | Krislov & Associates, Ltd. | BCC: Scott Levy |
| 34 | 8/18/2016 | | A/C | ESI | Email and attachment between client and counsel re: providing materials at request of counsel to assist counsel in rendering legal advice re: payment of royalties | Scott Levy | Krislov & Associates, Ltd. | |
| 35 | 8/18/2016 | | A/C & W/P | ESI | Email and attachment between client and counsel re: providing materials at request of counsel to assist counsel in rendering legal advice involving unpaid wages and ECW bankruptcy | Scott Levy | Law Office of Konstantine Sparagis, P.C. | |
| 36 | 8/18/2016 | | A/C & W/P | ESI | Email and attachment between client and counsel re: providing materials at request of counsel to assist counsel in rendering legal advice involving unpaid wages and ECW bankruptcy | Scott Levy | Law Office of Konstantine Sparagis, P.C. | |
| 37 | 8/18/2016 | | A/C | ESI | Email and attachment between client and counsel re: Krislov & Associates, Ltd. attorney-client retention agreement | Scott Levy | Frank Smith, Esq. | |
| 38 | 8/18/2016 | | A/C & W/P | ESI | Email between client and counsel reflecting counsel's mental impressions and case analysis re: WWE Network and payment of royalties | Scott Levy | Krislov & Associates, Ltd. | |
| 39 | 8/18/2016 | | A/C & W/P | ESI | Email between client and counsel reflecting counsel's mental impressions re: WWE Network and payment of royalties | Scott Levy | Krislov & Associates, Ltd. | |

| # | Date | | Privilege | Format | Description | From | To | CC/BCC |
|---|---|---|---|---|---|---|---|---|
| 40 | 8/18/2016 | | A/C & W/P | ESI | Email between client and counsel re: providing materials to assist counsel in rendering legal advice involving WWE Network and payment of royalties | Scott Levy | Krislov & Associates, Ltd. | |
| 41 | 8/18/2016 | | A/C | ESI | Email between counsel and client re: Krislov & Associates, Ltd. attorney-client retention agreement | Scott Levy | Frank Smith, Esq. | |
| 42 | 8/23/2016 | | A/C | ESI | Email between client and counsel re: Krislov & Associates, Ltd. attorney-client retention agreement | Scott Levy | Krislov & Associates, Ltd. | BCC: Scott Levy |
| 43 | 8/23/2016 | | A/C | ESI | Email between client and counsel re: Krislov & Associates, Ltd. attorney-client retention agreement | Scott Levy | Krislov & Associates, Ltd. | BCC: Scott Levy |
| 44 | 8/25/2016 | | A/C | ESI | Email and attachment between client and counsel re: Krislov & Associates, Ltd. attorney-client retention agreement | Scott Levy | Krislov & Associates, Ltd. | |
| 45 | 10/30/2016 | | A/C & W/P | ESI | Email and attachments between client and counsel providing materials to assist counsel in rendering legal advice re: WWE Network and payment of royalties | Scott Levy | Krislov & Associates, Ltd. | |
| 46 | 8/16/2016 | | A/C & W/P | ESI | Email between counsel and client requesting materials to assist counsel in rendering legal advice re: unpaid wages and ECW bankruptcy | Law Office of Konstantine Sparagis, P.C. | Scott Levy | CC: Law Office of Konstantine Sparagis, P.C. |
| 47 | 5/4/2009 | | A/C | ESI | Email between client and counsel seeking legal advice re: payment of royalties | Scott Levy | Adorno & Yoss LLC | |
| 48 | 9/21/2009 | | A/C | ESI | Email between client and counsel seeking legal advice re: payment of royalties | Scott Levy | Cary Ichter, Esq. | |
| 49 | 9/24/2009 | | A/C & W/P | ESI | Email between client and counsel providing information and requesting materials to assist counsel in rendering legal advice re: payment of royalties | Scott Levy | Cary Ichter, Esq. | |
| 50 | 9/29/2009 | | A/C & W/P | ESI | Email between client and counsel providing information and requesting materials to assist counsel in rendering legal advice re: payment of royalties | Scott Levy | Cary Ichter, Esq. | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 51 | 2/17/2009 | | A/C & W/P | ESI | Email between client and counsel providing information to assist counsel in rendering legal advice and drafting letter re: payment of royalties | Scott Levy | Cary Ichter, Esq. | |
| 52 | 2/17/2009 | | A/C & W/P | ESI | Email between client and counsel providing information to assist counsel in rendering legal advice and drafting letter re: payment of royalties | Scott Levy | Cary Ichter, Esq. | |
| 53 | 4/15/2009 | | A/C | ESI | Email between client and counsel providing information to assist counsel in rendering legal advice re: payment of royalties | Scott Levy | Cary Ichter, Esq. | |
| 54 | 4/15/2009 | | A/C & W/P | ESI | Email between client and counsel providing information to assist counsel in rendering legal advice re: payment of royalties | Scott Levy | Cary Ichter, Esq. | |
| 55 | 4/11/2009 | | A/C | ESI | Email between client and counsel providing information to assist counsel in rendering legal advice re: payment of royalties | Scott Levy | Cary Ichter, Esq. | |
| 56 | 4/10/2009 | | A/C | ESI | Email between client and counsel providing information to assist counsel in rendering legal advice re: payment of royalties | Scott Levy | Cary Ichter, Esq. | |
| 57 | 4/6/2009 | | A/C | ESI | Email between client and counsel providing information to assist counsel in rendering legal advice re: payment of royalties | Scott Levy | Cary Ichter, Esq. | |
| 58 | 1/15/2009 | | A/C | ESI | Email between client and counsel providing information to assist counsel in rendering legal advice re: payment of royalties | Scott Levy | Cary Ichter, Esq. | BCC: Marguerite Reynolds |
| 59 | 1/20/2009 | | W/P | ESI | Email to manager including draft email to counsel (Cary Ichter, Esq.) providing information to assist counsel in rendering legal advice re: payment of royalties | Scott Levy | Marguerite Reynolds | |
| 60 | 1/22/2009 | | A/C & W/P | ESI | Email between client and counsel providing information to assist counsel in rendering legal advice and reflecting counsel's mental impressions re: payment of royalties | Scott Levy | Cary Ichter, Esq. | |

| # | Date | | Privilege | Type | Description | From | To | CC |
|---|------|---|-----------|------|-------------|------|-----|-----|
| 61 | 1/21/2009 | | A/C & W/P | ESI | Email between client and counsel providing information to assist counsel in rendering legal advice and reflecting counsel's mental impressions re: payment of royalties | Scott Levy | Cary Ichter, Esq. | |
| 62 | 1/21/2009 | | W/P | ESI | Email to manager including draft email to counsel (Cary Ichter, Esq.) providing information to assist counsel in rendering legal advice re: payment of royalties | Scott Levy | Marguerite Reynolds | |
| 63 | 1/21/2009 | | A/C | ESI | Email between client and counsel providing information to assist counsel in rendering legal advice re: payment of royalties | Scott Levy | Cary Ichter, Esq. | |
| 64 | 1/21/2009 | | W/P | ESI | Email to manager including draft email to counsel (Cary Ichter, Esq.) providing information to assist counsel in rendering legal advice and developing case re: payment of royalties | Scott Levy | Marguerite Reynolds | |
| 65 | 4/9/2016 | | W/P | ESI | Email confirming file upload of case materials at request of counsel (Frank Smith, Esq.) | Sendspace.com | Scott Levy | |
| 66 | 4/6/2016 | | A/C | ESI | Email between client and counsel re: gathering case materials to assist counsel in rendering legal advice on payment of royalties | Scott Levy | Frank Smith, Esq. | |
| 67 | 4/7/2016 | | A/C | ESI | Email between client and counsel re: WWE Network royalty litigation and reflecting counsel's analysis of case and legal issues | Krislov & Associates, Ltd. | Scott Levy | |
| 68 | 4/9/2016 | | A/C | ESI | Email and attachment between counsel and client re: attorney-client retention agreement | Krislov & Associates, Ltd. | Frank Smith, Esq. | CC: Scott Levy |
| 69 | 4/9/2016 | | A/C | ESI | Email and attachments between counsel and client re: case materials and memorandum reflecting counsel's analysis of case and legal issues | Krislov & Associates, Ltd. | Scott Levy; Frank Smith, Esq. | |
| 70 | 4/9/2016 | | A/C | ESI | Email and attachments between counsel and client re: providing information and case materials to assist counsel in rendering legal advice | Frank Smith, Esq. | Scott Levy; Krislov & Associates, Ltd. | |

| # | Date | | Privilege | Format | Description | From | To | |
|---|---|---|---|---|---|---|---|---|
| 71 | 3/18/2016 | | A/C & W/P | ESI | Client forwarding email from counsel to himself re: WWE Network royalty litigation and reflecting counsel's analysis of case and legal issues | Scott Levy | Scott Levy | |
| 72 | 5/5/2016 | | A/C & W/P | ESI | Email between counsel and client re: WWE Network royalty litigation | Frank Smith, Esq. | Scott Levy | |
| 73 | 8/3/2016 | | A/C | ESI | Email between client and counsel re: wrestling contracts and payment of royalties | Krislov & Associates, Ltd. | Scott Levy | |
| 74 | 8/18/2016 | | A/C & W/P | ESI | Email between client and counsel re: providing WWE Network case materials to assist counsel in rendering legal advice on payment of royalties and reflecting counsel's mental impressions of legal issues | Scott Levy | Krislov & Associates, Ltd. | |
| 75 | 8/18/2016 | | A/C | ESI | Email and attachment between client and counsel re: attorney-client retention agreement | Scott Levy | Krislov & Associates, Ltd. | |
| 76 | 9/21/2009 | | A/C | ESI | Email between client and counsel re: providing materials to assist counsel in rendering legal advice on payment of royalties | Cary Ichter, Esq. | Scott Levy; Cary Ichter, Esq. | |
| 77 | 9/25/2009 | | A/C | ESI | Email between client and counsel re: providing materials to assist counsel in rendering legal advice on payment of royalties | Cary Ichter, Esq. | Scott Levy | |
| 78 | 5/12/2016 | | A/C | ESI | Client forwarding email from counsel to manager re: attorney-client retention agreement | Marcus Bagwell | Cherie Latawiec | |
| 79 | 5/12/2016 | | A/C & W/P | ESI | Client forwarding email from counsel to manager re: providing case analysis reflecting counsel's mental impressions of legal strategies and issues and requesting case materials to assist in rendering legal advice | Marcus Bagwell | Cherie Latawiec | |
| 80 | 5/13/2016 | | A/C | ESI | Client forwarding email and attachment from counsel to manager re: attorney-client retention agreement | Marcus Bagwell | Cherie Latawiec | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 81 | 12/16/2016 | | A/C & W/P | ESI | Client forwarding email from counsel to manager re: WWE Network royalty litigation case status including counsel's mental impressions of legal strategies and issues | Scott Levy | Marguerite Reynolds | BCC: Scott Levy |
| 82 | 12/16/2016 | | A/C & W/P | ESI | Email between client and manager including email from counsel re: WWE Network royalty litigation case status including counsel's mental impressions of legal strategies and issues | Scott Levy | Marguerite Reynolds | BCC: Scott Levy |
| 83 | 5/9/2017 | | A/C | ESI | Client forwarding email and attachment from counsel to manager re: Court's ruling on WWE's motion to dismiss | Scott Levy | Marguerite Reynolds | |
| 84 | 5/17/2017 | | A/C | ESI | Email between counsel and client re: legal representation | Scott Levy | Frank Smith, Esq. | |
| 85 | 5/17/2017 | | A/C | ESI | Email between counsel and client re: legal representation | Scott Levy | Frank Smith, Esq. | |
| 86 | 5/20/2017 | | A/C | ESI | Email between counsel and client re: second amended class action complaint | Scott Levy | Frank Smith, Esq. | |