UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARCUS BAGWELL and SCOTT LEVY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WORLD WRESTLING ENTERTAINMENT, INC.,<br><br>Defendant. | : NO. 3:16-CV-01350-JCH<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

### AFFIDAVIT OF JERRY S. MCDEVITT

I, Jerry S. McDevitt, having been duly sworn, depose and state:

1. I am over the age of eighteen (18) years and believe in the obligations of an oath.

2. I am making this affidavit based upon personal knowledge.

3. I am a partner at K&L Gates LLP and represent Defendant World Wrestling Entertainment, Inc. ("WWE") in the above-captioned action.

4. I am submitting this affidavit in accordance with Local Rule of Civil Procedure 37 to certify that counsel for WWE have conferred with counsel for Plaintiffs, including during a teleconference conference on October 27, 2017, in a good faith effort to resolve by agreement the issues raised by WWE's Motion to Compel Regarding Privilege Issues without the intervention of the Court and were unable to reach such an agreement.

_____
JERRY S. MCDEVITT

Subscribed and sworn before me this 27th day of October 2017.

_____
Notary Public
My Commission Expires:

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Tamara Ann Harding, Notary Public
City of Pittsburgh, Allegheny County
My Commission Expires May 14, 2018
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES