## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARCUS BAGWELL and SCOTT LEVY, individually and on behalf of all others similarly situated, | : NO. 3:16-CV-01350-JCH |
| Plaintiffs, | : |
| vs. | : |
| WORLD WRESTLING ENTERTAINMENT, INC., | : |
| Defendant. | : OCTOBER 27, 2017 |

## NOTICE OF FILING OF AMENDED ANSWER, AFFIRMATIVE DEFENSES AND COUNTERCLAIM TO PLAINTIFFS' THIRD AMENDED CLASS ACTION COMPLAINT

Pursuant to Federal Rule of Civil Procedure 15(a)(2), Defendant World Wrestling Entertainment, Inc. ("WWE") hereby provides notice of its filing of an Amended Answer, Affirmative Defenses and Counterclaim to Plaintiffs' Third Amended Class Action Complaint, with Plaintiffs' written consent.

DEFENDANT WORLD WRESTLING ENTERTAINMENT, INC.,

By: */s/ Jerry S. McDevitt*
Jerry S. McDevitt (*pro hac vice*)
Curtis B. Krasik (*pro hac vice*)
K&L GATES LLP
K&L Gates Center
210 Sixth Avenue
Pittsburgh, PA 15222
Phone: (412) 355-6500
Fax: (412) 355-6501
Email: jerry.mcdevitt@klgates.com
Email: curtis.krasik@klgates.com

Jonathan B. Tropp (ct11295)
Jeffrey P. Mueller (ct27870)
DAY PITNEY LLP

242 Trumbull Street  
Hartford, CT 06103  
Phone: (860) 275-0100  
Fax: (860) 275-0343  
Email: jbtropp@daypitney.com  
Email: jmueller@daypitney.com  

Its Attorneys

## CERTIFICATE OF SERVICE

    I hereby certify that on October 27, 2017 a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                                                   */s/ Jeffrey P. Mueller*  
                                                   Jeffrey P. Mueller (ct27870)