Civil- (Dec-2008)

HONORABLE: Sarah A. L. Merriam
DEPUTY CLERK: A. Caffrey
RPTR/ECRO/TAPE: FTR - CR 5
TOTAL TIME: ___ hours 10 minutes
DATE: 11/3/2017   START TIME: 10:01AM   END TIME: 10:11AM
LUNCH RECESS   FROM: ___ TO: ___
RECESS (if more than ½ hr)   FROM: ___ TO: ___

CIVIL NO. 3:16-cv-01350-JCH

Bagwell

vs

World Wrestling Entertainment, Inc

Maura Mastrony   Clinton A. Krislov
Michael Silverman, Eric Zagrans
**Plaintiff's Counsel**
Jeffrey Mueller
Curtis B. Krasik
**Defendant's Counsel**
Jerry S. McDevitt

## COURTROOM MINUTES- CIVIL

- [x] Motion hearing
- [ ] Show Cause Hearing
- [ ] Evidentiary Hearing
- [ ] Judgment Debtor Exam
- [x] Miscellaneous Hearing  Status Cf.

- [x] #131 Motion to seal Exhibit — [x] granted [ ] denied [ ] advisement
- [ ] # ___ Motion ___ — [ ] granted [ ] denied [ ] advisement
- [ ] # ___ Motion ___ — [ ] granted [ ] denied [ ] advisement
- [ ] # ___ Motion ___ — [ ] granted [ ] denied [ ] advisement
- [ ] # ___ Motion ___ — [ ] granted [ ] denied [ ] advisement
- [ ] # ___ Motion ___ — [ ] granted [ ] denied [ ] advisement
- [ ] # ___ Motion ___ — [ ] granted [ ] denied [ ] advisement
- [ ] Oral Motion ___ — [ ] granted [ ] denied [ ] advisement
- [ ] Oral Motion ___ — [ ] granted [ ] denied [ ] advisement
- [ ] Oral Motion ___ — [ ] granted [ ] denied [ ] advisement
- [ ] Oral Motion ___ — [ ] granted [ ] denied [ ] advisement
- [ ] Briefs(s) due ___ [ ] Proposed Findings due ___ Response due ___
- [ ] ___ [ ] filed [ ] docketed
- [ ] ___ [ ] filed [ ] docketed
- [ ] ___ [ ] filed [ ] docketed
- [ ] ___ [ ] filed [ ] docketed
- [ ] ___ [ ] filed [ ] docketed
- [ ] ___ [ ] filed [ ] docketed
- [ ] Hearing continued until ___ at ___

Notes: Telephonic status conference