# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARCUS BAGWELL and SCOTT LEVY, individually and on behalf of all others similarly situated, | : NO. 3:16-CV-01350-JCH |
| Plaintiffs, | : |
| vs. | : |
| WORLD WRESTLING ENTERTAINMENT, INC., | : |
| Defendant. | : NOVEMBER 6, 2017 |

## MOTION TO SEAL EXHIBIT G TO DEFENDANT'S MEMORANDUM OF LAW IN SUPPORT OF MOTION TO COMPEL REDACTED INFORMATION FROM PHONE RECORDS

Pursuant to Local Rule of Civil Procedure 5(e), Defendant World Wrestling Entertainment, Inc. ("WWE") hereby moves to file under seal Exhibit G to its memorandum of law in support of its motion to compel redacted information from phone records.

Exhibit G to the memorandum of law in support of the motion to compel contains material that has been designated by Plaintiffs as Confidential pursuant to the Court's Standing Protective Order governing this action. Specifically, Exhibit G contains phone records that reflect the cellular telephone numbers of Plaintiffs in this case.

Accordingly, WWE requests permission to file Exhibit G under seal. WWE has served this exhibit on Plaintiffs and has filed it under seal with the Court in accordance with Local Rule of Civil Procedure 5(e). The version of Exhibit G that was filed under seal reflects the records in the same form that they were produced to WWE by Plaintiffs.

DEFENDANT WORLD WRESTLING
ENTERTAINMENT, INC.

By: */s/ Jerry S. McDevitt*
    Jerry S. McDevitt (*pro hac vice*)
    Curtis B. Krasik *(pro hac vice)*
    K&L GATES LLP
    K&L Gates Center
    210 Sixth Avenue
    Pittsburgh, PA 15222
    Phone: (412) 355-6500
    Fax: (412) 355-6501
    Email: jerry.mcdevitt@klgates.com
    Email: curtis.krasik@klgates.com

    Jonathan B. Tropp (ct11295)
    Jeffrey P. Mueller (ct27870)
    DAY PITNEY LLP
    242 Trumbull Street
    Hartford, CT 06103
    Phone: (860) 275-0100
    Fax: (860) 275-0343
    Email: jbtropp@daypitney.com
    Email: jmueller@daypitney.com

    Its Attorneys

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 6, 2017, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

I further certify that on November 6, 2017, the documents referenced in this Motion to Seal were served on the following counsel by email.

| | |
|---|---|
| Klint Bruno | William H. Clendenen, Jr. |
| Eric Zagrans | Maura Mastrony |
| Michael Silverman | **CLENDENEN & SHEA, LLC** |
| Matthew Peterson | 400 Orange Street |
| **THE BRUNO FIRM, LLC** | New Haven, Connecticut 06511 |
| 500 North Michigan Avenue, Suite 600 | Phone: 203.787.1183 |
| Chicago, Illinois 60611 | Email: whj@clenlaw.com |
| Phone: 312.321.6481 | Email: mam@clenlaw.com |
| Email: kb@brunolawus.com | |
| Email: ez@brunolawus.com | |
| Email: msilverman@brunolawus.com | |
| Email: mp@brunolawus.com | |

*/s/ Jeffrey P. Mueller*
Jeffrey P. Mueller (ct27870)

3