# EXHIBIT A

Pancakes and Powerslams Episode 233
September 13, 2016
Interview of Buff Bagwell

| Speaker: | Comments: |
|---|---|
|  | Beginning is of a commercial and intro song until 2:17.9 |
| Intro announcer | You are now listening to the Pancakes and Powerslam Show by Crave Wrestling on Blog Talk Radio.  Be sure to follow Crave Wrestling on Twitter at Crave Wrestling and join the Facebook fan page "Crave Wrestling". |
| Chris Featherstone | Episode 233, ladies and gentlemen, we are live, this is Chris Featherstone--Pancakes and Powerslam Show.  Of course, follow us on Crave Wrestling on Twitter and Facebook at Crave Wrestling. Ladies and Gentlemen, 233 episodes, I bring to you, none other than: He is the stuff and the girls just can't get enough.  This is Buff Bagwell.  How are you tonight sir? |
| Buff | Hey man, what's goin' on? |
| Chris | It's goin' great man.  I really, really appreciate you comin' in last-minute and [inaudible] yourself and I really appreciate that you're able to do the show tonight. |
| Buff | Yeah, you know, actually a lot of clearing up and we'll get into this a little as we talk, but I swear dude, this is part of—this right here, ironically, is exactly part of the whole reason it is so ironic that the WWE fired me. You know, the reason my brain [inaudible]…my fans sent me some pictures to sign and one of them is me given Booker T a double-arm DDT - I have never seen it before.  I mean that would be somebody in the audience.  I've never seen it.  So [inaudible] to my picture guy and maybe one of my originals I can sell or my [inaudible] seeing my wife and talking about how I got screwed over—you talk about that probably once a year maybe or something gets brought up or we see something.  The point is, the person [inaudible] Marc Bagwell is exactly, exactly the kind of guy that I am.  You call me up out of the clear blue—you need some help—I'm there, I'll do it, I'm a nice guy, generally straight up, you know, and just get a ton of heat like I'm some demon animal and the WWE fired me in a few weeks, it's just kind of ironic. |
| Chris | It is very much.  So far, so good with me man. |
| Buff | I like it, I like it, I like it. |
| Chris | Receive that.  So, I mean, you've been on many, many broadcasts, and I mean, people's given you—I mean, so many people know your backstory and things like that, but there's some current events that's going on right now that is really, really putting you back on as a very buzzworthy person |

|       | |
|-------|-|
|       | to talk about regarding WW- We'll get to that in a minute but there's always a few questions that I wanted to know about um just as a spectator. And that's one, one your TNA run. Now after your WWE run and you know there's been many talks about that as far as what happened and your take and their take and you know that's, that's been beaten you know so many times but TNA run you had a few appearances in TNA, what was your overall take of TNA from management perspective because the last time you were there for was it about ten years ago and you also was there on its inception, what do you think about TNA as a whole? |
| Buff  | Uh, it as a whole for me was a really, really, really big let down because, you know, we all, as soon as WCW was bought by Vince, we all instantly as wrestlers, cuz wrestling was so popular we said hell, yeah there's goin' to be, there's goin' to be ten more companies some more, you know, come on there's just no way. Well, we were, we were all wrong, we were all wrong about it, but still we really thought in our hearts that it'd be Fox, you know uh, somebody major was going to step up and take over. There was no way they were going to let--uh, uh, um you know, um weekly 3 0 rated show go by and, and we averaged sixes forever, but 3 0 rated show, you know, let that go by there's just no way so we just really did, we thought it was, was goin' be so--[inaudible] TNA knew. The reason that bothers me so bad is because a couple things, me and Jeff Jarrett were great friends. We were personally great friends and there's only a few witnesses to this is why my stories never make sense but I get all of the TV for that I mean, dude, and only witness I got for that is my wife. She drove me to the TV stuff, and it was TV stuff that wasn't do able bro. And I did them all on [inaudible] they were wide and I had to make it by the skin of my teeth cuz they had them, they were very far apart. The very first TNA show was in Huntsville, Alabama. I can't remember the year or the date but um, [inaudible] Toby Keith was there. It was going to be the very first, you know, TNA show so I do all this TV and when the all excited TNA, you know, Buff Bagwell, red hot, everybody's hot, ready to go and I'm in a 20 man battle royal and I'm out first. |
| Chris | Yeah, yeah. |
| Buff  | Power it up, I would say to Jeff and I go, Jeff why, why did you have a [inaudible] for starters. Thank you period for either putting me on this show, I said, or for [inaudible] show. But my question is wh--, why, did ya have me do the TV? |
| Chris | Yeah. |
| Buff  | Why, did you, why didn't you have one of the other stars to do the TV if you were gonna have me be beat? Being on the very first TNA show for 35 seconds. |
| Chris | Hm. |

2

| Buff | I said why, why'd you have me do all of that j--? I mean, I was a news caster, Oh, I, I, did all kind of stuff for that show. It was like a two day thing. They [inaudible] about, I'm not kidding you, it just about killed me. And so my [inaudible] HR TNA is they had it because, it just, it just, I, I really got screwed. And then, then, they really wanted to do the Bluesville Buff Bagwell [inaudible] thing. I was like, what? So [inaudible] if you watch, get it, they got to do what they ask me and the story was supposed to be my way out of it I agreed to do it. Jeff, Jeff, uh, Jeff's father, Jerry Jarrett. Is that his name? Is that right? |
|---|---|
| Chris | Jerry, yep. |
| Buff | Jerry Jarrett called me up personally he said here's the deal. Here's what we want to do tomorrow want ya to, to lose Mark, [inaudible] you know, Buff was a mistake and your really Marcus. And, and don't get me wrong, it was, it-- it kinda made it a little bit of sense but also, you know what a big move that is. I said I'll tell you what Jerry I said yes I will do it, but let's at least have a way out. Their way out of it was supposed to be Ricky Steamboat was gonna see this [inaudible] Buff ruined his life and his career. |
| Chris | Mm-hm. |
| Buff | And Ricky Steamboat was gonna be in the corner bringing Buff back like the, you know, like the new Marcus Bagwell. It was starting to sound better and better. Well We get to the TV taping to do it and Steamboat's not there. |
| Chris | Wow. |
| Buff | And I go well, where, where's Ricky at?  Oh he'll be, he'll be here. Of course, he wasn't there. Never came. Wasn't there. And it still [inaudible] wanted me to do the thing. And Marc Bagwell like Marc Bagwell does no matter what the internet says, I still went ahead and did it for him. I set down the side of the ring and said what they asked me to say. You know, I [inaudible] my career and you know, Marcus, whatever it was, and basically they wanted me to switch back to Marcus. And I tried to do that for them and it kinda fizzled out. And through the next few years, it's just off and on they used me some and didn't use me some and just kind of a, kind of a weird deal, you know. |
| Chris | Yeah. What was the motive behind you being one of the special uh, potential, uh, partners for staying? I remember that. That was about ten years ago. What was the thought behind that? |
| Buff | We never got told what the thought process was. Uh, Samoa Joe and me, honestly, uh, I've never got that. I, I know, he's I know he's very popular. Um, I know he's very, um, uh, very good in the ring. He he's-- I think he's a great wrestler. I, I like to watch him. But, but when you have got a chance to tell a storyline, of, well to the world of wrestling's hands, |

3

|       | uh, whose going to be Steam's tagteam partner and the, and the, options are Lex Luger, Marcus Bagwell, and Samoa Joe. I mean-- who in the heck is Samoa Joe? You and Luger wasn't, like, fit enough, so I fit the part perfectly. And of course they jerked that away from me too. So I don't really know what they were going except that maybe a push for Samoa Joe. But, uh, me and Samoa Joe never spoken, uh, probably, ten words together. He, he was on one independent show with me in Cleveland. And he got mad cuz I was there then he won. And I said, "are you kidding me?" I said "dude, just let it go, I, I don't care, I, got it, I'll get to Waffle House quicker, good". I don't care. So he literally got hot and mad at an indie show because he wasn't main event over Buff Bagwell. So that came through the grapevine at a 500 people independent show. So to me Samoa Joe's a fat out of shape guy that looks like he should not be in a wrestling ring. And I've never heard or seen anybody ever draw a dollar with him. So I didn't really get a tag team thing. I didn't understand where they were going except giving Samoa Joe a push and it did. It helped him out a lot, but as far as wrestling fans go everybody remembers that Sting came out and saved me all those times and Sting kind of put me on the map, and me and Sting were the WCW main-ies for the whole 11 year run. And we were friends. Lex should have been the [INAUDIBLE] I think. He just didn't quite…he was getting older and his hips were starting to go. |
|-------|---|
| Chris | Yeah. |
| Buff  | I just thought really that would have been a good thing to bring me right back in right there and I've been right back on TNA again and once again the rug gets jerked again, you know? |
| Chris | Yeah. And that did help Samoa Joe as far as feuds with namely Kurt Angle. And some Sting feuds as well. He ended up being one of the pioneers of TNA. And it's an interesting point that you made as far as him not being over. Now he just lost the NXT championship to Shinsuke Nakamura not too long ago. And the WWE's got a lot of stock in him from an NXT standpoint. Now do you still feel that way as far as him and the WWE? Do you think he still has the inability to go? |
| Buff  | Yeah. I really am speaking from the heart. And this is how I look at it. How I look at it is, and I've always looked at it this way, and that is, if I was a booker or a promotor or Vince McMahon or Ted Turner. The promoter, owner, anything. If I was trying to make money in the wrestling injury, I would judge it by, can a person walk through Wal-Mart? |
| Chris | Hmm. |
| Buff  | If CM Punk walked through Wal-Mart, even as popular as he is, he's not going to get noticed as much as Hulk Hogan walking through Wal-Mart. The reason I say Wal-Mart is that is our fan base. I like Wal-Mart. I shop there a lot, but it is our fan base. Us walking through an opera event wouldn't be our fan base. Us walking through a Wal-Mart is our fan base. It is, you know, NASCAR. It is our fan base. So I've always kind of |

4

| | |
|---|---|
| | judged it. A quite kind of answer is what would happen to that guy walking through Wal-Mart. Would anybody notice him? Would anybody recognize him? How many people would recognize him? Would he get mobbed? Would he get a bunch of pictures taken? Would he sign a bunch of autographs? If it's a yes then that guy's over. I think he's popular and you could do something with him, and he's possibly able to make money with. And to me you go by that. |
| | If Samoa Joe walked through a Wal-Mart I think you're gonna here 'hey, that's a big guy.' You're gonna hear, 'that might be a ball player right there.' You're not gonna hear as much as 'that's the Rock. That's Stone Cold.' You're not gonna hear the actual words, 'hey, there's Samoa Joe.' They might say 'hey there's that guy. There's that dude on TV that does that wrestling stuff'. I don't mean everybody would be like that. I just feel like he's in that kind of a window. |
| | If people see me for example, not that I'm as popular as Samoa Joe, he's got a job and I don't, my god. There's the facts. When they see me no doubt, 'hey there's Buff Bagwell. Hey look it's Buff Bagwell.' There's not 'what do you do? Are you a ball player?' It's just 'hey, you're Buff Bagwell man.' There's a lot to be said with that. On TV it's called a Q rating. Like Hulk Hogan's Q rating is huge because everybody knows him. And how big your Q rating is means a lot on the world of television. I just don't think a lot of those guys like that. If they got pushed and got over they might not be as recognizable as they think they are if they did something as simple as walking through a Wal-Mart or going to a Six Flags amusement park or something. |
| Chris | Yeah I think that philosophy is very interesting, because I'm a huge fan. I'm a big traditionalist and I'm a big fan of characters. And I know one of the reasons why the WWE audience has dissolved and shrunken so much is because they're catering to the house too much, and they have good wrestlers and not good characters. I'm really glad you said that. |
| Buff | You just bulls-eyed what I'm saying. Exactly. They're great wrestlers but it used to, on Monday Night Raw or Monday Night Nitro when every match from the first one to the last one, you saw everyone stand up. Watch Monday Night Raw next week and it'll be maybe twice the whole night you'll see that first row stand up. And it's just…that's when you know you're over or not. And the catch is they've all got belts. And they're [INAUDIBLE] and they can wrestle, but is that selling a ticket? It's not. It's not money. And I got heat a long time ago when the Internet first started by saying Hugh Morris wasn't money. And I got a ton of heat for it. And me and Hugh were great friends. And I don't retract what I said. He wasn't money at the time. It was a good gimmick. It was cool. I enjoyed him. I like him as a person. But if you say 'is Hugh Morris money?' I just didn't think he was at the time and I got a ton of heat for saying it. I mean a ton. I mean I didn't know…this was when Internet stuff was first starting so of course it just like fire went through the locker room, and I had to go straight to Hugh and try to fix it. I didn't lie. They just asked me who the money players were and I didn't say my own name, Hugh. I said Shane, Luger, Goldberg. I didn't even say my own |

5

|       | |
|-------|-|
|       | name.  When they said your name…if they had said my name I'd have said 'no'.  I mean do you really think you're a money player?  Do you really believe that?  He goes, 'no.  It was just the way you said it.'  I said, 'dude, you're taking it too personable.  I spoke the truth.  Me and you aren't money when it comes to a Sting, a Goldberg, a Hogan.'  We're not that kind of money right now.  We may be, but we're not right now.' |
|       | But my point is the same thing with this.  It's gone to wrestlers and to be frank I don't think nobody cares about the wrestling part.  I think they're mostly characters. |
| Chris | Of course they do.  Absolutely.  And as much as people don't want to admit characters are still way over.  I'm glad that you mentioned CM Punk because I want to talk about him real quick.  Last weekend he endeavored into his debut match.  He obviously got totally destroyed by Mickey Gaul.  Do you think that was a good idea form CM Punk to endeavor in UFC and to be in a big money marquee match his very, very first fight of his professional MMA career. |
| Buff  | That's a great question and I've got a great answer for it too, because it's amazing how all this came to me, so I'm going to tell you how it came to me.  I watch ESPN a lot.  It's my favorite program.  I love it.  I watch every morning.  I watch it at night a lot.  I probably watch ESPN the most out of any channel.  And I've notice over the last year it seems, probably last year, I remember hearing CM Punk's name every time MMA was mentioned and UFC.  And I'm not a big UFC fan so I would kind of listen every once and a while and thought it was cool that CM Punk was in the MMA and didn't think much about it.  Well about a month ago I'm at a wrestling show somewhere and I go 'man, I'd like to have CM Punk's agent.'  I mean when you say the words Buff Bagwell or Ric Flair or CM Punk on ESPN you're doing something right.  I said 'what is his record?'  The guy goes 'he hasn't had his first fight yet.'  And I went 'what?  I've been hearing CM Punk's name on ESPN for a good year.  I want his manager.'  So this is going to end horribly on the answer that I'm going to give you.  He was able to stay over for a year and not have a fight, and then when you go out and have such a big fight, I mean, brother, that leaves not a dent and not a scratch.  That leaves a scar.  I'm not sure that can be fixed.  So it was a bad, bad decision.  So whoever his manager is that can keep getting his name getting said without having a fight weighing whatever he weighs.  What does he weigh, 170? |
| Chris | 170.  Yeah. |
| Buff  | Okay, 170.  I mean thin as a rail.  He don't look like a tough guy.  I've heard some things, but he doesn't look it.  But to be able to get talked about on a pretty regular basis, bravo.  Bravo.  But when you go out and get beat up real bad, that is really bad. |
| Chris | Yeah.  It is. |
| Buff  | I was rooting for him because that makes us all look good.  A pro wrestler |

6

|       | wins. We're kind of tough too, you know. But instead he gets his brains beat out. That ain't good. |
|-------|---|
| Chris | Yeah, that was horrible. |
| Buff  | It was. I felt sorry for him, too. |
| Chris | Yeah, huge cauliflower ear to initiate him into MMA. It was bad. So my next question to you Marcus is that, so last month it was reported that you filed a lawsuit regarding WWE for the royalties for the WWE network. Now of course everyone who's listening or going to listen would love to know the details as far as your purpose for saying, 'you know what, now is the time. I'm going to file a lawsuit.' And what was your reasoning behind it at this point in time? |
| Buff  | That's a good…that's said perfectly actually. And that's exactly what happened. I was sitting at home one day and, you know over the years - I got called for that concussion lawsuit that's going on. You know how the boys are. Let's just call it like it is. There's a lot of trash in this business, a lot of it. There's a lot of trash in every business. Let's go that route. There's a lot of trash in every business and there's trash in this one. And I got called on the concussion thing. I remember me and Lex talking about it like, 'come on, man, really?' I'm like, 'I don't got a concussion. Nobody made me do anything.' It was just a scam, reaching out for things, you know. That's ridiculous. Well I probably over the years have had three, four, five of those kind of phone calls where somebody found a loophole and was trying to get everybody together to go after Vince, whatever. And I just every time went, 'you got to be kidding.'<br><br>Well one day I get a call, about a year ago probably, from a guy, from a lawyer. Well, I - I still never met the guy in real life. I met him over the phone. Super great guy though. His name is Mathew Peterson. And he called me over the phone and goes, 'hey, Buff.' And he just talked to me for a minute. He says, 'I'm doing a thing where I'm checking on independent contracts and just kind of seeing. You know I know a lot about WCW and WWE' - He gave me his resume over the phone. And it was a good one. And I liked the way he spoke, and I liked the way he talked. And he said, 'listen, what I basically do is I look at your contract and I see if you feel you've been mistreated as all. And if you do we look at some openings and see. How do you feel about that?' And I said, 'I'll send you a copy of my contract today no problem. Look at it. See what you think.'<br><br>So I sent him my contract. And you've got to realize that - in a class action lawsuit of some sort let's say, there's a bunch of people always. There's a bunch of people involved. Well there aren't a whole lot of people that worked for the WCW, the WWF and the WWE. And I fall in that real small group of names that did that. So maybe that's why this lawyer was intrigued at first even. So I said, 'the only thing that I'm upset about is every single week - this was a year ago - I hear somebody saying 'oh yeah. I saw you last week. You were on WWE. They're showing the NWO plot right now where you beat up Scotty Rigs.'' Well |

7

|  | the first time I heard that no big deal. I was like ah, cool. I didn't really think nothing about it. All of a sudden, brother, I'm hearing Too Cool Scorpio, Scotty Riggs, Nancy Boys. So me and this lawyer were talking during this time well he finally sees where they didn't, through their wording, release me is their wording. They didn't fire me. They released me is their wording. I'm not quite sure how that works on the legal aspect, but they released me is the wording of it. |
|  | But they, I really believe, long story short, I realized I wasn't getting any checks any more. Every once and a while I'd get a $100 check, $200 check here and there. That's the thing, some NWO or something, but nothing was ever WWE network never. It was always some kind of NWO tape was sold that I was on or a t-shirt or whatever. And the last thing I got from them and that's what got me on this, was probably five, six, seven years ago was the last check I got form them, and it was probably 100 bucks. And all of a sudden I'm hearing 'WWE, WWE, the Network, Network, Network' and I'm always on it. And little kids coming up to me, 'I saw you. My daddy had me watch you on TV.' So me and the lawyer start talking and sure enough he finds a loophole where they owe me…it's…I can't quite remember the breakdown, but it's a breakdown where they've got to pay me a certain amount of money quarterly. And that's all the [INAUDIBLE] boils down to. If they're going to show me on television, fantastic. But give me a percentage of it. |
| Chris | Mm-hm. |
| Buff | I mean if you're gonna…you know they show…you know they don't show a video they don't want to have a rating. They're trying to draw a rating right? |
| Chris | Mm-hm. |
| Buff | So let's draw the NWO out. Well if they're going to draw a rating and get paid, share the wealth. If you're going to use me to draw and make money then give me my cut too. Give me my percentage. So this isn't something that just happened. It's just something that just became relevant because I would never hire a lawyer, go out and do this. It would just be too big of a battle. If I have a lawyer call me up and go, 'hey, let me do this and let's see what we can do.' Hey, brother, knock yourself out. And that's basically what I had happen, and he ends up being a really good guy that is taking this thing the whole way, and everything he's told me has been straight up and worked, and basically what's really happened I think is I slipped through the cracks. And it's going to cost them some money. I mean he's actually looking at it - which I know this ain't going to happen - he's thinking that they'll call to try to hire me back instead of paying me what they owe me, because…I mean to me it's a smart move for them because they hire me back, they get some ratings out of me, they do whatever instead of just paying me a lump sum of money for doing nothing for you. I think it's a smart move on their part. And I would do it, by the way. But that's definitely not going to happen. I know that feeling in my stomach. I know the feeling of…I think I know the |

8

|  | feeling. Let's say that. I think I know the feeling of how Vince feels about me. I know how the WWE and F talent thinks of me. Because they look at me as…they never met Marc. They don't know Marc Bagwell. They know Internet Buff. They don't know Marc. They never got a chance to meet Marc and that's the agents, the bookers, the [INAUDIBLE] guys. None of those guys ever got a chance to meet Marc Bagwell except for two weeks. All they did was read about Buff. It was bad stuff, and then we go out and have a…I've watched it back several times. I thought it was kind of an average match, but supposedly a horrible match and you fire Buff over a bad match. I don't quite get it, but that's the story and there's other ones that my mom called. As you've said before that's been beat to death. |
|---|---|
|  | Long story short so we can just get it over with. Jim Ross called me, let me off for the weekend, said 'we have big plans for you on Monday.' And I was fired on that Monday. And the bad part of it is he said my mother did it. And he's got no proof except he said he liked me. He liked me but he also forgot he went on that round table thing and just ripped me apart on that DVD read. Felt really bad about it, but when Steve Austin confirmed it after our podcast, he said, 'I've got no issue with Buff. I like Buff.' He ripped me apart on that round table meeting thing with him and Bishoff, and I think it was Mike Graham. Oh my god, he killed me. Then to say he didn't have nothing personal against me is a flat out lie because he did have something personal. Why would he talk bad at that little round table. |
| Chris | Yeah. I think you present a very fair point. That makes a lot of sense. They're going to probably… |
| Buff | Yeah. To make a long story short it's really simple. I didn't quite finish because my thought kind of ran off there, but honestly if you're going to show me on your network, pay me a percentage. |
| Chris | Yeah. |
| Buff | And that's what it boils down to. If you're going to use me. It'd be like selling my dolls and then not paying me. That's some expense. You've got to pay the talent. If you're going to sell and make money then you've got to give the talent a percentage. And that's all we're asking for, is we're asking for our percentage when you show me on your network. And that's really all it boils down to. |
| Chris | Yeah. Like I said it's a very, very fair point. I mean there's not much you can dispute about that. |
| Buff | I thought it made a lot of sense then I'm just getting ripped apart by guys going, 'oh, he's crazy.' They don't know the story about - I didn't go out and hire a lawyer to do this. This is something that was presented to me and is not costing me a dime. And if I can do that who wouldn't do what I'm doing. Everybody would  And that's basically what's happened. I had a chance to…a lawyer that really is a legit lawyer that's got some stroke. |

9

|  | |
|---|---|
|  | He called me up because he like 99% of the other population of the world really don't quite get why I didn't have a career at WWF. It is kind of weird that I didn't work there. Anybody in the world knew that Buff was going to fit in the WWF. And two weeks later Buff was fired and going home. So it was really kind of weird. And to this day I get asked, 15, 16 years later, 'what happened man? Why were you…?' And I'm like, 'dude, please. I've had to answer that so many times. I don't know. I'm sorry.' |
| Chris | Yeah. Exactly. Yeah. Awesome. I appreciate it man. Where can we find you on social media? |
| Buff | I am everywhere. Marcus Buff Bagwell. Everything is Marcus Buff Bagwell except Twitter is Marc Buff Bagwell. It didn't fit. But Marcus Buff Bagwell is Instagram, Facebook and the Twitter is Marc Buff Bagwell. |
| Chris | You got any dates coming up? |
| Butt | I do man. I'm booked really solid which is great. And I just got back from, on Saturday I was in Illinois, kind of a small show. And I was in a real big show out in San Antonio with Billy Gun and the [INAUDIBLE] didn't look so good. I don't quite get his new name now. The new Lucho Underground stuff? |
| Chris | Mundo? |
| Buff | What's his name? |
| Chris | Johnny Mundo? |
| Buff | Yeah, the Mundo. What is the Mundo from? I was a little bit lost on that. |
| Chris | Yeah. |
| Buff | Does that mean Morrison in Mexican or something? What is it? |
| Chris | No. It's more of a Lucho feel. Since he's in Lucha Underground now. It's kind of like as close to Morrison, kind of keeping the brand. Because he really branded himself really, really well as John Morrison after many, many different incarnations. |
| Buff | Yes. |
| Chris | So Mundo fits close enough to the Morison gimmick. |
| Buff | It's the first time I got a chance to really talk to him. He's a really nice guy. He still looks fantastic, man. The guy looks incredible. I've never met another guy with a beard that's got a great body. We had a hell of a match. There was a really good match at the end, the main event. It was a good card. It was me and Colt Cabana was the first match so it was a really good show, good show, good matches. We probably had 1,000 |

10

|       | people there. That was in San Antonio. |
|-------|---------|
|       | This week I'm in Maryville Tennessee and the next week I'm in [INAUDIBLE] Georgia and the next week I'm up in Maryland with Shane Douglas. |
| Chris | Fantastic. Thanks so much for your time, Buff. I wish you the best. I hope everything works out very well for you. |
| Buff  | Stay in touch - I hope it does. I'd like to do your show some time again, so let me know. |
| Chris | Sounds good. Thanks a lot. |
| Buff  | Thanks brother. |
|       | [Interview ends at 37:31] |