UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARCUS BAGWELL and SCOTT LEVY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WORLD WRESTLING ENTERTAINMENT, INC.,<br><br>Defendant. | : NO. 3:16-CV-01350-JCH<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## AFFIDAVIT OF JEFFREY P. MUELLER

I, Jeffrey P. Mueller, having been duly sworn, depose and state:

1. I am over the age of eighteen (18) years and believe in the obligations of an oath.

2. I am making this affidavit based upon personal knowledge.

3. I am a partner at Day Pitney LLP and represent Defendant World Wrestling Entertainment, Inc. ("WWE") in the above-captioned action.

4. I am submitting this affidavit in accordance with Local Rule of Civil Procedure 37 to certify that counsel for WWE have conferred with counsel for Plaintiffs, including during a teleconference on November 1, 2017, in a good faith effort to resolve by agreement the issues raised by WWE's Motion to Compel Redacted Information from Phone Records without the intervention of the Court and were unable to reach such an agreement.

_____
JEFFREY P. MUELLER

Subscribed and sworn before me this ___5___ day of November 2017.

_____
Notary Public
My Commission Expires:

My Commission Expires
June 30, 2022