UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Marcus Bagwell and Scott Levy, individually and on behalf of all others similarly situated; | : : : Civil Action No. : 3:16-cv-01350-JCH |
| Plaintiffs, | : : |
| v. | : November 9, 2017 |
| | : |
| World Wrestling Entertainment, Inc., | : : |
| Defendant. | : |

## MOTION FOR RECONSIDERATION OF ORDER GRANTING MOTION TO COMPEL

Pursuant to Local Rule 7(c)(1), the undersigned counsel, as a member of the Bar of this Court, respectfully submits this motion for reconsideration of the Court's November 9, 2017 Order granting Defendant World Wrestling Entertainment, Inc.'s Motion to Compel Redacted Information From Phone Records for Plaintiffs' failure to file by the 12:00 P.M. deadline (Dkt. No. 147). In support of this motion, Plaintiffs' counsel has filed concurrently a declaration and memorandum.

WHEREFORE, undersigned counsel moves that the Court grant this motion for reconsideration and to accept the filing of Plaintiffs' Response in Opposition to Defendant World Wrestling Entertainment, Inc.'s Motion to Compel Redacted Information From Phone Records (Dkt. No. 148).

1

Dated: November 9, 2017                    Respectfully submitted,

/s/ Maura A. Mastrony
Maura A. Mastrony
William H. Clendenen, Jr.
CLENDENEN & SHEA, LLC
400 Orange Street
New Haven, Connecticut 06511
Telephone: (203) 787-1183
Fax: (203) 787-2847
Email: whcj@clenlawcom
Federal Bar No.: ct27787

## CERTIFICATE OF SERVICE

This is to certify that on this 9th day of November, 2017, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_____
CLENDENEN & SHEA, LLC