UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Marcus Bagwell and Scott Levy, individually and on behalf of all others similarly situated; | : : : Civil Action No. : 3:16-cv-01350-JCH |
| Plaintiffs, | : : |
| v. | : December 6, 2017 : |
| World Wrestling Entertainment, Inc., | : : : |
| Defendant. | : |

**MOTION TO WITHDRAW APPEARANCE**

The undersigned counsel respectfully requests to withdraw her Appearance in this matter for the plaintiffs. Said plaintiffs will be represented by Attorney William H. Clendenen, Jr. of Clendenen & Shea, LLC.

Dated: December 6, 2017                Respectfully submitted,

_____
Maura A. Mastrony
CLENDENEN & SHEA, LLC
400 Orange Street
New Haven, Connecticut 06511
Telephone: (203) 787-1183
Fax: (203) 787-2847
Email: whcj@clenlaw.om
Federal Bar No.: ct27787

1

**CERTIFICATE OF SERVICE**

  This is to certify that on this 6th day of December, 2017, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_____
CLENDENEN & SHEA, LLC