## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARCUS BAGWELL and SCOTT LEVY, individually and on behalf of all others similarly situated, | : NO. 3:16-CV-01350-JCH |
| Plaintiffs, | : |
| vs. | : |
| WORLD WRESTLING ENTERTAINMENT, INC., | : |
| Defendant. | : DECEMBER 7, 2017 |

## **STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Marcus Bagwell ("Bagwell") and Scott Levy ("Levy") and Defendant World Wrestling Entertainment, Inc. ("WWE") hereby stipulate to the dismissal of this action as follows:

1. This action, and all claims and causes of action which were, or which could have been, asserted herein by Bagwell and Levy against WWE are dismissed with prejudice.

2. The counterclaim asserted by WWE against Levy is dismissed without prejudice, and WWE shall be free to reassert such counterclaim only if Levy ever brings any claim against WWE in the future which, in whole or in part, alleges that WWE breached some contract with Levy. Any statutes of limitation, statutes of repose, or other limitations periods relating to or applicable in any way to such counterclaim shall be tolled as of October 27, 2017 (the date of the filing of the counterclaim in this action).

| | |
|---|---|
| PLAINTIFFS MARCUS BAGWELL and SCOTT LEVY, | DEFENDANT WORLD WRESTLING ENTERTAINMENT, INC., |
| By: */s/ Eric Zagrans*<br>Klint Bruno<br>*kb@brunolawus.com*<br>Eric Zagrans<br>*ez@brunolawus.com*<br>Michael Silverman<br>*msilverman@brunolawus.com*<br>Matthew Peterson<br>*mp@brunolawus.com*<br>**THE BRUNO FIRM, LLC**<br>500 North Michigan Avenue<br>Suite 600<br>Chicago, Illinois 60611<br>Phone: 312.321.6481<br><br>William H. Clendenen, Jr.<br>*whj@clenlaw.com*<br>**CLENDENEN & SHEA, LLC**<br>400 Orange Street<br>New Haven, Connecticut 06511<br>Phone: 203.787.1183<br><br>Their Attorneys | By: */s/ Jerry S. McDevitt*<br>Jerry S. McDevitt<br>*jerry.mcdevitt@klgates.com*<br>Curtis B. Krasik<br>*curtis.krasik@klgates.com*<br>**K&L GATES, LLP**<br>K&L Gates Center<br>210 Sixth Avenue<br>Pittsburgh, Pennsylvania 15222-2613<br>Phone: 412.355.8608<br><br>Jeffrey Mueller<br>*jpmueller@daypitney.com*<br>**DAY PITNEY LLP**<br>242 Trumbull Street<br>Hartford, Connecticut 06103-1212<br>Phone: 860.275.0164<br><br>Jonathan B. Tropp<br>*jbtropp@daypitney.com*<br>**DAY PITNEY LLP**<br>One Canterbury Green<br>201 Broad Street<br>Stamford, Connecticut 06901<br>Phone: 203.977.7300<br><br>Its Attorneys |