# EXHIBIT 1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARCUS BAGWELL and SCOTT LEVY, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>WORLD WRESTLING ENTERTAINMENT, INC.,<br><br>　　　　　Defendant. | : NO. 3:16-CV-01350-JCH<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## AFFIDAVIT OF CURTIS B. KRASIK

I, Curtis B. Krasik, having been duly sworn, depose and state:

1. I am over the age of eighteen (18) years and believe in the obligations of an oath.

2. I am making this affidavit based upon personal knowledge.

3. I am a partner at K&L Gates LLP and represent World Wrestling Entertainment, Inc. ("WWE") in the above captioned action.

4. I am submitting this affidavit in support of WWE's Verified Bill of Costs.

5. On December 7, 2017, the parties filed a Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). *See* Doc. 164. No money was paid by WWE to either Bagwell or Levy in consideration for the dismissal of Plaintiffs' claims with prejudice.

6. Attached as Tab A to this affidavit is a true and correct copy of DTI Invoice No. M-156307 in the amount of $2,241.11 for the transcript of the October 12, 2017 deposition of Scott Levy.

7. Attached as Tab B to this affidavit is a true and correct copy of DTI Invoice No.

M-156311 in the amount of $1,430 for the video of the October 12, 2017 deposition of Scott Levy.

8. Attached as Tab C to this affidavit is a true and correct copy of DTI Invoice No. M-163853 in the amount of $1,208.70 for the transcript of the November 15, 2017 deposition of Marcus Bagwell.

9. Attached as Tab D to this affidavit is a true and correct copy of DTI Invoice No. M-163854 in the amount of $1,050 for the video of the November 15, 2017 deposition of Marcus Bagwell.

10. The above costs have been paid in full by WWE.

11. The above costs have been necessarily incurred in this case, and the services for which costs have been charged were actually and necessarily performed.

CURTIS B. KRASIK

Subscribed and sworn before me this 14th day of December, 2017,

Notary Public
My Commission Expires:

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Tamara Ann Harding, Notary Public
City of Pittsburgh, Allegheny County
My Commission Expires May 14, 2018
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

# TAB A



**INVOICE**
Page   1

**Phone:** 800-292-4789

K & L Gates LLP
70 West Madison Street
Suite 3100
Chicago , IL  60602

**Invoice #:** M-156307
**Invoice Date:** 10/27/17
**Our Order #:** WDC-145088-01
**Customer #:** 107629

Attn:   RACHAEL SOBOLAK

Terms: NET 30 DAY

Case No: 3:16-CV-01350-JCH

**FIRM MATTER ID**   REDACTED

| | QTY | UNIT | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| Bagwell vs. World Wrestling Entertainment, Inc. | | | | |
| Job Date: 10/12/17 | | | | |
| Deponent: Scott Levy | | | | |
| Delivery - Transcript | 1 | EACH | $15.00 | $15.00 |
| Deposition Transcript-Original-Expedited 4 days | 281 | PAGE | $6.91 | $1,941.71 |
| Production and Handling | 1 | EACH | $20.00 | $20.00 |
| Exh bit Scanning - PDF | 1,222 | PAGE | $0.20 | $244.40 |
| TotalTranscript CD | 1 | EACH | $20.00 | $20.00 |
| | | | Subtotal: | $2,241.11 |
| | | | Sales Tax | $0.00 |
| | | | **Total Invoice USD** | **$2,241.11** |

**Depo Location:**   210 Sixth Avenue
Gates Center 28th Fl
Pittsburgh, PA  15222-2613

**Sold To:**   McDevitt, Jerry S.
K&L Gates LLP
210 Sixth Avenue
Gates Center
Pittsburgh, PA  15222-2613

Thank You. Your Business is appreciated.

**REMIT TO:**
DTI
PO Box 936158
Atlanta, GA 31193-6158

**PLEASE PAY FROM THIS INVOICE**
ABA Routing #: 121000248
Beneficiary Account #: 4125126904
Beneficiary Name: DTI

For credit card payments, please visit
https://ww2.e-billexpress.com/ebpp/DTI

Copy

1 / 1

# TAB B



**INVOICE**
Page 1

**Phone:** 800-292-4789

K & L Gates LLP
70 West Madison Street
Suite 3100
Chicago , IL  60602

**Invoice #:** M-156311
**Invoice Date:** 10/27/17
**Our Order #:** WDC-145088-02
**Customer #:** 107629

Attn:  RACHAEL SOBOLAK

Terms: NET 30 DAY

Case No: 3:16-CV-01350-JCH

**FIRM MATTER ID**   REDACTED

| | QTY | UNIT | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| Bagwell vs. World Wrestling Entertainment, Inc. | | | | |
| Job Date: 10/12/17 | | | | |
| Deponent: Scott Levy | | | | |
| Delivery - Video | 1 | EACH | $15.00 | $15.00 |
| Video Editing | 1 | HOUR | $95.00 | $95.00 |
| Video Hourly with Sync | 8 | HOUR | $150.00 | $1,200.00 |
| Video MPEG1 - Per Hour | 1 | HOUR | $60.00 | $60.00 |
| Video Archive | 3 | HOUR | $20.00 | $60.00 |
| | | | Subtotal: | $1,430.00 |
| | | | Sales Tax | $0.00 |
| | | | **Total Invoice USD** | **$1,430.00** |

**Depo Location:**  210 Sixth Avenue
Gates Center 28th Fl
Pittsburgh, PA  15222-2613

**Sold To:**  McDevitt, Jerry S.
K&L Gates LLP
210 Sixth Avenue
Gates Center
Pittsburgh, PA  15222-2613

Thank You. Your Business is appreciated.

**REMIT TO:**
DTI
PO Box 936158
Atlanta, GA 31193-6158

**PLEASE PAY FROM THIS INVOICE**
ABA Routing #: 121000248
Beneficiary Account #: 4125126904
Beneficiary Name: DTI

**For credit card payments, please visit**
https://ww2.e-billexpress.com/ebpp/DTI

Copy

1 / 1

# TAB C



**INVOICE**
Page 1

| | |
|---|---|
| Phone: | 800-292-4789 |

K & L Gates LLP
70 West Madison Street
Suite 3100
Chicago , IL  60602

| | |
|---|---|
| **Invoice #:** | M-163853 |
| **Invoice Date:** | 11/30/17 |
| **Our Order #:** | WDC-149914-01 |
| **Customer #:** | 107629 |

Attn:  RACHAEL SOBOLAK

Terms: NET 30 DAY

Case No: 3:16-CV-01350-JCH

FIRM MATTER ID    REDACTED

Bagwell vs. World Wrestling Entertainment, Inc.

| | QTY | UNIT | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| Job Date: 11/15/17 | | | | |
| Deponent: Marcus Bagwell | | | | |
| Deposition Transcript - Original and one copy | 274 | PAGE | $3.95 | $1,082.30 |
| Shipping and Delivery | 1 | EACH | $15.00 | $15.00 |
| Production and Handling | 1 | EACH | $20.00 | $20.00 |
| Exhibit Scanning - PDF-Pg-STD | 357 | PAGE | $0.20 | $71.40 |
| TotalTranscript CD-Ea-STD | 1 | EACH | $20.00 | $20.00 |
| | | | Subtotal: | $1,208.70 |
| | | | Sales Tax | $0.00 |
| | | | **Total Invoice USD** | **$1,208.70** |

**Depo Location:**   210 Sixth Avenue
Gates Center
28th Floor, Room 28D
Pittsburgh, PA  15222-2613

Thank You. Your Business is appreciated.

---

**REMIT TO:**
DTI
PO Box 936158
Atlanta, GA 31193-6158

**PLEASE PAY FROM THIS INVOICE**
ABA Routing #: 121000248
Beneficiary Account #: 4125126904
Beneficiary Name: DTI

For credit card payments, please visit
https://ww2.e-billexpress.com/ebpp/DTI

# TAB D

**INVOICE**

Page 1

**DTI**

Phone: 800-292-4789

K & L Gates LLP
70 West Madison Street
Suite 3100
Chicago, IL 60602

| | |
|---|---|
| **Invoice #:** | M-163854 |
| **Invoice Date:** | 11/30/17 |
| **Our Order #:** | WDC-149914-02 |
| **Customer #:** | 107629 |

Attn: RACHAEL SOBOLAK

Terms: NET 30 DAY

Case No: 3:16-CV-01350-JCH

**FIRM MATTER ID** REDACTED

Bagwell vs. World Wrestling Entertainment, Inc.

| | QTY | UNIT | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| Job Date: 11/15/17 | | | | |
| Deponent: Marcus Bagwell | | | | |
| Shipping and Handling | 1 | EACH | $15.00 | $15.00 |
| Video Hourly with Sync-Hr-STD | 6.5 | HOUR | $150.00 | $975.00 |
| Video Archive-Ea-STD | 3 | HOUR | $20.00 | $60.00 |
| | | | Subtotal: | $1,050.00 |
| | | | Sales Tax | $0.00 |
| | | | Total Invoice USD | $1,050.00 |

**Depo Location:** 210 Sixth Avenue
Gates Center
28th Floor, Room 28D
Pittsburgh, PA 15222-2613

Thank You. Your Business is appreciated.

---

**REMIT TO:**
DTI
PO Box 936158
Atlanta, GA 31193-6158

**PLEASE PAY FROM THIS INVOICE**
ABA Routing #: 121000248
Beneficiary Account #: 4125126904
Beneficiary Name: DTI

For credit card payments, please visit
https://ww2.e-billexpress.com/ebpp/DTI