# EXHIBIT 2

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARCUS BAGWELL and SCOTT LEVY, individually and on behalf of all others similarly situated, | : | NO. 3:16-CV-01350-JCH |
| | : | |
| Plaintiffs, | : | |
| | : | |
| vs. | : | |
| | : | |
| WORLD WRESTLING ENTERTAINMENT, INC., | : | |
| | : | |
| Defendant. | : | |

## AFFIDAVIT OF JEFFREY P. MUELLER

I, Jeffrey P. Mueller, having been duly sworn, depose and state:

1.      I am over the age of eighteen (18) years and believe in the obligations of an oath.

2.      I am making this affidavit based upon personal knowledge.

3.      I am a partner at Day Pitney LLP and represent Defendant World Wrestling Entertainment, Inc. ("WWE") in the above-captioned action.

4.      I am submitting this affidavit in support of WWE's Verified Bill of Costs.

5.      Attached as Tab A to this affidavit is a true and accurate copy of Invoice No. 0001670 in the amount of $42.70 for the transcript of the November 4, 2016 hearing in this matter before the Honorable Janet C. Hall.

6.      Attached as Tab B to this affidavit is a true and accurate copy of Invoice No. 128023 in the amount of $381.15 for the transcript of the July 27, 2017 scheduling conference hearing in this matter before the Honorable Sarah A. L. Merriam.

7.    Attached as Tab C to this affidavit is a true and accurate copy of Invoice No. 129946 in the amount of $205.70 for the transcript of the August 11, 2017 status conference hearing in this matter before the Honorable Sarah A. L. Merriam.

8.    Attached as Tab D to this affidavit is a true and accurate copy of Invoice No. 134478 in the amount of $51.10 for the transcript of the August 30, 2017 status conference hearing in this matter before the Honorable Sarah A. L. Merriam.

9.    Attached as Tab E to this affidavit is a true and accurate copy of Invoice No. 141956 in the amount of $326.70 for the transcript of the October 6, 2017 status conference hearing in this matter before the Honorable Sarah A. L. Merriam.

10.    The above costs have been paid in full by WWE.

11.    The above costs have been necessarily incurred in this case, and the services for which costs have been charged were actually and necessarily performed.

_Jeffrey Mueller_
_____
JEFFREY P. MUELLER

Subscribed and sworn before me this _13d_ day of December 2017.

_Andrew J. Marano_
_____
Notary Public
My Commission Expires:

> ANDREW J. MARANO
> NOTARY PUBLIC
> MY COMMISSION EXPIRES OCT. 31, 2021

-3-

# TAB A

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE CONNECTICUT

INVOICE NO:   00001670

**MAKE CHECKS PAYABLE TO:**

Jeffrey Mueller
Day Pitney LLP
Cityplace I
185 Asylum Street
Hartford, CT 06103-3499

Phone:

Terri Fidanza, RPR
United States Court Reporter
P. O. Box 185112
Hamden, CT 06518

Phone:     (203) 910-4567

Tax ID:   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
fnza@aol.com

| ☐ CRIMINAL   ☒ CIVIL | DATE ORDERED: 11-03-2016 | DATE DELIVERED: 11-20-2016 |
|---|---|---|

**Case Style:** , Bagwell, et al v WWE, Inc.
`11-4-16 transcript`

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | 11 | 3.65 | 40.15 | | | | | | | 40.15 |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| Misc. Desc. | |
|---|---|
| | MISC. CHARGES: |
| | TOTAL: 40.15 |
| | LESS DISCOUNT FOR LATE DELIVERY: |
| | TAX (If Applicable): 2.55 |
| | LESS AMOUNT OF DEPOSIT: |
| | TOTAL REFUND: |
| | TOTAL DUE: $42.70 |

## ADDITIONAL INFORMATION
   Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an orc
for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the
ordinary delivery rate.

## CERTIFICATION
   I certify that the transcript fees  charged  and  page  format  used  comply with the requirements of this court and the
Judicial Conference of the United States.

| SIGNATURE: *s/ Terri Fidanza* | DATE 11-20-2016 |
|---|---|

*(All previous editions of this form are
cancelled and should be destroyed)*

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

# TAB B



Integrity and accuracy are between the lines of every eScribers transcript

# INVOICE

eScribers, LLC
7227 North 16th Street, Suite 207
Phoenix, Arizona 85020
(800) 257 0885
Tax ID # 20-365-6767

**Date: August 01, 2017**
**Invoice #: 128023**

Delivery Type: Daily

**To:**
Day Pitney LLP - Hartford
242 Trumbull St.
Hartford
CT 06103

| | |
|---|---|
| **Requested by:** | Jeffrey P. Mueller |
| **Assignment No:** | DCCT00248 |
| **Case Name:** | Bagwell v. World Wrestling Entertainment, Inc |
| **Case Number:** | 3:16-cv-01350-JCH |
| **Hearing Date(s):** | 7-27-17 |

| Charge Description | Quantity | Each | Total |
|---|---|---|---|
| Transcription | 63 | $6.05 | $381.15 |
| Invoice Total | | | $381.15 |

| Receipts | Amount | Date | Total |
|---|---|---|---|
| Check - 1090777 | $250.00 | Aug 01, 2017 | |
| Amount Now Due | | | $131.15 |

Payable to: eScribers, LLC
Thank you for your business
Pay online through our secure website: escribers.net/payment

eScribers
address | 7227 North 16th Street, Suite 207
Phoenix, Arizona 85020
phone (800) 257 0885 | fax (866) 954 9068
website | www.escribers.net
e-mail | escribers-billing@escribers.net

New York Office
address | 352 7th Avenue, Suite 604
New York, NY 10001
phone (973) 406-2250 | fax (973) 954-5619

# TAB C



Integrity and accuracy are between the lines of every eScribers transcript

# INVOICE

eScribers, LLC
7227 North 16th Street, Suite 207
Phoenix, Arizona 85020
(800) 257 0885
Tax ID # 20-365-6767

**Date: August 14, 2017**
**Invoice #: 129946**

Delivery Type: Daily

**To:**
Day Pitney LLP - Hartford
242 Trumbull St.
Hartford
CT 06103

**Requested by:**   Jeffrey P. Mueller
**Assignment No:**   DCCT00252
**Case Name:**   Bagwell v. World Wrestling Entertainment, Inc
**Case Number:**   3:16-cv-01350-JCH
**Hearing Date(s):**   8-11-17

| Charge Description | Quantity | Each | Total |
|---|---|---|---|
| Transcription | 34 | $6.05 | $205.70 |
| Invoice Total | | | $205.70 |

Payable to: eScribers, LLC
Thank you for your business
Pay online through our secure website: escribers.net/payment

eScribers
address | 7227 North 16th Street, Suite 207
Phoenix, Arizona 85020
phone (800) 257 0885 | fax (866) 954 9068
website | www.escribers.net
e-mail | escribers-billing@escribers.net

New York Office
address | 352 7th Avenue, Suite 604
New York, NY 10001
phone (973) 406-2250 | fax (973) 954-5619

# TAB D



Integrity and accuracy are between the lines of every eScribers transcript

# INVOICE

eScribers, LLC
7227 North 16th Street, Suite 207
Phoenix, Arizona 85020
(800) 257 0885
Tax ID # 20-365-6767

**Date: September 13, 2017**
**Invoice #: 134478**

Delivery Type: 30 Day

**To:**
Day Pitney LLP - Hartford
242 Trumbull St.
Hartford
CT 06103

| | |
|---|---|
| **Requested by:** | Jeffrey P. Mueller |
| **Assignment No:** | DCCT00254 |
| **Case Name:** | Bagwell v. World Wrestling Entertainment, Inc |
| **Case Number:** | 3:16-cv-01350-JCH |
| **Hearing Date(s):** | 8-30-17 |

| Charge Description | Quantity | Each | Total |
|---|---|---|---|
| Transcription | 14 | $3.65 | $51.10 |
| Invoice Total | | | $51.10 |

Payable to: eScribers, LLC
Thank you for your business
Pay online through our secure website: escribers.net/payment

eScribers
address | 7227 North 16th Street, Suite 207
Phoenix, Arizona 85020
phone (800) 257 0885 | fax (866) 954 9068
website | www.escribers.net
e-mail | escribers-billing@escribers.net

New York Office
address | 352 7th Avenue, Suite 604
New York, NY 10001
phone (973) 406-2250 | fax (973) 954-5619

# TAB E



Integrity and accuracy are between the lines of every eScribers transcript

# INVOICE

eScribers, LLC
7227 North 16th Street, Suite 207
Phoenix, Arizona 85020
(800) 257 0885
Tax ID # 20-365-6767

**Date: October 11, 2017**
**Invoice #: 141956**

Delivery Type: Daily

**To:**
Day Pitney LLP - Hartford
242 Trumbull St.
Hartford
CT 06103

**Requested by:**   Jeffrey P. Mueller
**Assignment No:**   DCCT00257
**Case Name:**   Bagwell v. World Wrestling Entertainment, Inc
**Case Number:**   3:16-cv-01350-JCH
**Hearing Date(s):**   10-6-17

| Charge Description | Quantity | Each | Total |
|---|---|---|---|
| Transcription | 54 | $6.05 | $326.70 |
| Invoice Total | | | $326.70 |

Payable to: eScribers, LLC
Thank you for your business
Pay online through our secure website: escribers.net/payment

eScribers
address | 7227 North 16th Street, Suite 207
Phoenix, Arizona 85020
phone (800) 257 0885 | fax (866) 954 9068
website | www.escribers.net
e-mail | escribers.billing@escribers.net

New York Office
address | 352 7th Avenue, Suite 604
New York, NY 10001
phone (973) 406-2250 | fax (973) 954-5619